# Progress Notes

Printed On Mar 25, 2011

```
LOCAL TITLE: SATP INDIVIDUAL NOTE
STANDARD TITLE: SATP NOTE
DATE OF NOTE: OCT 16, 2007@11:42     ENTRY DATE: OCT 16, 2007@11:42:44
      AUTHOR: FISHER,CARMELA H       EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
```

ROR indicate vet died on 10/11/07. Writer called and notified enrollment services regarding the status of the veteran.

/es/ CARMELA H FISHER
ADDICTION THERAPIST
Signed: 10/16/2007 11:58

Receipt Acknowledged By:
10/23/2007 11:56        /es/ ANNE KOLLMANN, LCSW-C
                        Liaison, MCVETS GPD Program

```
LOCAL TITLE: HEALTHCARE FOR HOMELESS VETERANS
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 11, 2007@16:40     ENTRY DATE: OCT 24, 2007@16:27:34
      AUTHOR: KOLLMANN,DEBORAH A     EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
```

Clinical Reminder Activity:
  Homeless Performance Measures:
      Patient is being discharged from a Grant & Per Diem Program and has
         had a length of stay of 7 days or greater.
      Date: October 11, 2007
      Comment: DECEASED

/es/ ANNE KOLLMANN, LCSW-C
Liaison, MCVETS GPD Program
Signed: 10/24/2007 16:28

```
LOCAL TITLE: HEALTHCARE FOR HOMELESS VETERANS
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 11, 2007@15:40     ENTRY DATE: OCT 11, 2007@15:40:20
      AUTHOR: KOLLMANN,DEBORAH A     EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
```

Informed by Jeff Kendricks, Program Manager at Mcvets, that Mr. Johnson died at Johns Hopkins around 3am this morning. Call was then passed to Kelly Staten, veteran's case manager, who stated that veteran was vomiting on Tuesday, and spent most of the night at the BTVA, where several tests were run. According to the veteran, he was told that something was probably wrong with his kidneys, liver, and the arteries in his leg, and that they were going to run more tests.

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND  21202 | Printed at BALTIMORE MD VAMC |

# Progress Notes

Printed On Mar 25, 2011

```
He was discharged yesterday morning, and spent most of the day on bed rest at
Mcvets. Last night, around 10 pm, he threw up blood on several people, and then
passed out. An ambulance transported him to Johns Hopkins. At 3 am, Johns
Hopkins called Mcvets, saying that he had expired, and was asking for the Next
of Kin. Because he is in the VA Grant-Per-Diem Program, HCHV Coordinator Pat
Lane was notified.

/es/ ANNE KOLLMANN, LCSW-C
Liaison, MCVETS GPD Program
Signed: 10/11/2007 15:53

Receipt Acknowledged By:
10/21/2007 09:59          /es/ PATRICIA A LANE, LCSW-C
                                Coordinator HCHV
10/26/2007 13:27          /es/ DALE E. SMITH, M.A.
                                CLINICAL MANAGER
```

```
  LOCAL TITLE: ECS NURSING FLOW RECORD
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: OCT 09, 2007@20:51     ENTRY DATE: OCT 09, 2007@20:51:24
      AUTHOR: PINNOCK,AUDREY M       EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED

NON-Acute Level of Care.
Chief Complaint: Patient c/o lower back pain, nausea and vomiting after
eatieng meal for  past 3 to 4 days. Patient denies chest pain or
discomfort.

Your patients current vitals in CPRS are:

Temperature: 98.3 F [36.8 C] (10/09/2007 15:43)
Pulse: 82 (10/09/2007 15:43)
Respiration: 20 (10/09/2007 15:43)
Blood Pressure: 117/66 (10/09/2007 15:43)
Height: 68 in [172.7 cm] (11/22/2002 09:38)
Weight: 150 lb [68.2 kg] (10/05/2007 14:39)
Neuro:
  ORIENTATION:Person, Place, Time, Situation

      GENERAL ASSESSMENT: WNL/PERRLA

      SPEECH: WNL


   additional comments:

      STRENGTH:
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

JOHNSON, MAURICE
301 N.HIGH ST
BALTIMORE, MARYLAND  21202

Printed at BALTIMORE MD VAMC