# Gastrointestinal bleeding after aortic surgery

## The role of laparotomy to rule out aortoenteric fistula

Theodore S. Pabst III, MD, Victor M. Bernhard, MD, Kenneth E. McIntyre, Jr., MD, and James M. Malone, MD, *Tucson, Ariz.*

The frequency and causes of gastrointestinal (GI) bleeding occurring after aortic surgery were evaluated retrospectively to determine the incidence of aortoenteric fistula (AEF) in relation to other causes and to place in perspective the role of laparotomy for the diagnosis of AEF. Two hundred fifty-three patients in whom aortic prostheses have been inserted were observed for a mean of 46 months. Seventy-four bleeding episodes occurred in 21% of patients between 1 and 108 months after surgery (mean 29 months). Only one AEF appeared that was associated with GI bleeding, for an incidence of 1.4% of bleeding episodes and 0.4% of grafts inserted. No diagnostic workup for GI bleeding was performed for 20 of the 74 episodes and no AEFs were noted in this group during a mean follow-up of 28 months. Diagnostic evaluation was done for the remaining 54 episodes. No cause for bleeding was identified in 16 patients and no AEF developed in this group during a mean follow-up of 26 months. A potential bleeding site was identified in 38 patients, of whom 30 had intrinsic GI lesions and no subsequent evidence of AEF during a mean follow-up of 28 months. Laparotomy for a suspected AEF was recommended for the remaining eight episodes in eight patients and was performed in six patients. An AEF was seen in one patient with abnormality found on preoperative CT scanning; an intrinsic GI lesion was identified in three patients; and no pathologic condition was found in the remaining two (negative laparotomy rate, 33%). Two patients, who refused surgery, subsequently died and no AEFs or other lesions amenable to surgical intervention were found at autopsy. The projected total negative laparotomy rate would have been 50% (four of eight patients). We conclude that GI bleeding is common whereas AEFs are rare after aortic surgery. Laparotomy performed to exclude an AEF appears to be unwarranted when appropriate diagnostic efforts to demonstrate the lesion do not reveal any abnormality and there is no evidence of occult sepsis. (J VASC SURG 1988;8:280-5.)

Aortoenteric fistulas and erosions (AEFs) that occur after the placement of intraabdominal aortic prosthetic grafts are associated with gastrointestinal (GI) bleeding 60% to 100% of the time. Untreated, all will uniformly result in fatal hemorrhage.[1-3] Immediate exploratory laparotomy is required if bleeding is massive.[2,4,5] In most patients who are hemodynamically stable, an aggressive and rapid workup is appropriate to establish the source of bleeding and determine whether surgical intervention is necessary. If the cause for the bleeding is not identified during the preliminary investigation, diagnostic laparotomy has been advocated by some to avoid the high mortality rate expected with an overlooked AEF.[2,4-9] However, in our experience an AEF has been infrequently demonstrated under these circumstances. To place in perspective the role of laparotomy in the diagnosis of AEF, a retrospective investigation at our institutions was performed to determine the frequency and causes of all episodes of GI bleeding occurring after aortic surgery.

## PATIENTS

The records of 263 patients having placement of infrarenal aortic graft prostheses from June 1977 through June 1985 at the University of Arizona Medical Center and the Tucson Veterans Administration Hospital were reviewed for the occurrence of GI bleeding and associated prosthetic graft infection. Data were obtained from hospital charts, office visits, letter questionnaires, and/or direct telephone contact with the patient or the private physician. However, no patient was accepted as having GI bleeding unless

From the Department of Surgery, University of Arizona Health Sciences Center and Tucson Veterans Administration Hospital.
Presented at the Third Annual Meeting of the Western Vascular Society, Monterey, Calif., Jan. 28-31, 1988.
Reprint requests: Victor M. Bernhard, MD, Chief, Division of Vascular Surgery, University of Arizona Health Sciences Center, 1501 North Campbell, Tucson, AZ 85724.

D000524

Volume 8
Number 3
September 1988

*Gastrointestinal bleeding and aortoenteric fistula*  281

Table I. Mean onset of gastrointestinal bleeding and follow-up

|  | No. | Onset (mo) | Follow-up (mo) |
|---|---|---|---|
| All bleeding episodes | 74* (21%) | 29 (0-108) | 28 (0-80) |
| Trace | 11 (15%) | 34 (6-61) | 38 (13-62) |
| Mild | 32 (44%) | 24 (0-108) | 32 (0-80) |
| Moderate | 25 (33%) | 34 (0-96) | 18 (0-55) |
| Massive | 6 (8%) | 17 (0.5-33) | 25 (16-34) |

Trace, Trace guaiac-positive; Mild, strongly guaiac-positive and normal hematocrit; Moderate, hematocrit < 30% with normal vital signs; Massive, with shock; onset and follow-up expressed as mean with range in parentheses.
*Seventy-four bleeding episodes in 52 patients.

Table II. Summary of attempts to determine sources of bleeding

| Severity | All episodes | Workup |  |  | No diagnosis* |
|---|---|---|---|---|---|
|  |  | Positive | Negative | None |  |
| Trace | 11 | 4 | 2 | 5 | 7 |
| Mild | 32 | 17 | 6 | 9 | 15 |
| Moderate | 25 | 12 | 8 | 5 | 13 |
| Massive | 6 | 5 | 0 | 1 | 1 |
| Total | 74 | 38 | 16 | 20 | 36 |

*No diagnosis = negative workups + no workups.

the finding was confirmed with an examination by one of us or specifically documented in the clinical record. The number of months to onset of bleeding, the severity and number of bleeding episodes, the presenting symptoms including systemic sepsis, the diagnostic tests performed, and the treatment including surgical intervention and outcome were recorded. The period of follow-up after each bleeding episode without further bleeding was also determined. Bleeding severity was graded as trace (trace guaiac-positive), mild (strongly guaiac-positive), moderate (guaiac-positive with hematocrit value below 30%), and massive (with hypotension and greater than 25% loss of blood volume). If multiple bleeding episodes were encountered in a single patient, they were considered separate entities only if there was a distinct interval of at least 3 months between each episode with no evidence of bleeding in the interval.

## FINDINGS

Follow-up information was obtained in 253 of 263 patients (96%) at a mean of 46 months (median 40 months; range 1 to 110 months). The original aortic surgery was performed in 36% because of occlusive disease, in 50% because of aneurysmal disease, and in 14% because of combined disease. Five percent were second operations. Prosthetic graft infections occurred in 2.7% (seven) of the patients.

Table I details the distribution of bleeding episodes according to the time of onset after aortic reconstruction and severity as well as the duration of follow-up after bleeding. Seventy-four episodes of GI bleeding ranging in severity from trace to massive occurred in 52 patients (21%) at a mean of 29 months (median 21 months; range zero to 108 months) after surgery. Bleeding was trace in 11 episodes (15%), mild in 32 (43%), moderate in 25 (34%), and massive in six (8%). A single AEF appearing as mild GI bleeding was encountered; this resulted in an incidence in all patients of 0.4% (1 in 253 patients) and an incidence in all episodes of bleeding of 1.4% (1 in 74 episodes). Nine episodes (12%) in eight patients occurred early (i.e., within 6 weeks after surgery), whereas 65 episodes in 44 patients (88%) occurred late (i.e., more than 6 weeks after surgery with a mean onset at 33 months [median 23 months; range 2 to 108 months]). A maximum of four episodes occurred in any single patient with a mean of 1.4 episodes per patient. The mortality rate associated with GI bleeding was 12% (6 of 52 patients) and occurred in three patients with moderate bleeding and three with massive bleeding.

Table II outlines the results of diagnostic efforts in the 74 episodes of GI bleeding according to severity of hemorrhage. In 20 of the 74 episodes (70% with trace to mild bleeding), no workup was done at the discretion of the managing physician. These patients were observed for a mean of 28 months (median 26 months; range 3 to 80 months), and no AEFs were detected.

A diagnostic workup of variable intensity was done for the remaining 54 episodes (89% with mild to massive bleeding). The extent of investigation for each episode varied considerably because they were under the direction of different physicians and were evaluated under various circumstances. In 16 episodes, no cause was identified. No AEFs occurred in any of these patients at 1 to 60 months' follow-up (median 21 months, mean 26 months).

A cause of bleeding was identified for the remaining 38 episodes and these are listed according to the severity of clinical presentation in Table III. An intrinsic GI bleeding site other than an AEF was identified in 30 of these episodes and on subsequent follow-up, none of the patients had an AEF at up to 75 months (median 26 months; mean 28 months).

282   Pabst et al.

Journal of
VASCULAR
SURGERY

Table III. Diagnoses of bleeding episodes by severity

| | Causes |
|---|---|
| Trace (n = 11) | Colon polyp (2)<br>Peptic ulcer (1)<br>von Willebrand's disease (1)<br>Unknown (7) |
| Mild (n = 32) | AEF (1)<br>Esophageal varices (1)<br>Peptic ulcer (2)<br>Small bowel obstruction (1)<br>Colon polyp (4)<br>Diverticulosis (2)<br>Colon infarction (2)<br>Ischemic colitis (1)<br>Hemorrhoids (3)<br>Unknown (15)* |
| Moderate (n = 25) | Esophageal varices (1)<br>Esophagitis (1)<br>Gastric ulcer (3)<br>Mallory-Weiss tear (1)<br>Marginal ulcer (2)<br>Peptic ulcer (1)<br>Colon polyp (1)<br>Ischemic colitis (2)<br>Rectal cancer (1)<br>Unknown (13)† |
| Massive (n = 6) | Esophageal stricture/sepsis (1)<br>Gastric ulcer (1)<br>Erosive gastritis/sepsis (1)<br>Peptic ulcer (1)<br>Diverticulosis (1)<br>Unknown (1)‡ |

*Two bleeding episodes resolved after warfarin was stopped.
†One bleeding episode resolved after warfarin was stopped.
‡One episode resolved after streptokinase infusion was stopped.

In the remaining eight episodes in eight patients, an AEF was suspected from the findings of the workup and laparotomy was recommended. Six patients subsequently had exploratory laparotomy and two refused. Table IV lists the patients in question (numbered 1 through 8) with their presenting symptoms and reason for the recommendation of laparotomy. An AEF was encountered in only one patient (No. 1) whose aortic graft had been excised previously because of infection and who now had a mild degree of GI bleeding; CT scanning showed perigraft gas consistent with aortic stump sepsis. Primary intrinsic GI lesions were found in three patients (Nos. 2 through 4), whereas no pathologic condition was found in two patients (Nos. 5 and 6) to explain the source of GI bleeding, for a 33% negative laparotomy rate (two of six patients). Of the two remaining patients (Nos. 7 and 8), one had an unexplained source of persistent sepsis and the other had a CT scan suggestive of an AEF. Both patients refused surgery and subsequently died. In neither case was an AEF or other intrinsic GI lesion amenable to surgical treatment found at autopsy. If these last two patients are counted with those who had laparotomy, the projected negative laparotomy rate would have been 50% (four of eight patients). The four patients with demonstrable lesions at exploration had signs of sepsis (fever, elevated white blood cell count, shock, or positive blood cultures), whereas only one of four patients with normal findings at laparotomy or autopsy had evidence of sepsis.

## DISCUSSION

The mortality rate associated with an undiagnosed AEF approaches 100%.[2] Although direct AEFs typically appear as prodromal bleeding with intermittent hematemesis and melena and paraprosthetic AEFs tend to show mild bleeding, guaiac-positive stools, and anemia associated with sepsis, these clinical pictures are not consistent.[2,3,7] Furthermore, it has been noted that GI bleeding resulting from an AEF is virtually indistinguishable from other GI sources.[2,7] The key to early diagnosis of an AEF and its appropriate treatment is a high index of suspicion. Unfortunately, the number of patients with GI bleeding and a prosthetic graft who do not have an AEF has not been adequately determined in the past. This information may be helpful for determining the aggressiveness of the diagnostic and therapeutic approach for these patients. Ideally, the question to be settled is this: how can one distinguish those patients who need prompt surgical intervention from those without an AEF in whom a diagnostic laparotomy should best be avoided?

Mehta et al.[10] stated that massive upper GI tract bleeding in patients with an aortic graft is more commonly a result of peptic ulcers, gastritis, or esophageal varices but did not detail the relative probabilities. Pelz and Rankin,[11] reporting nine episodes of GI bleeding during a 5-year period in their patients with aortic grafts, found that only three episodes (33%) were from causes other than an AEF. However, the overall frequency of GI bleeding in their patients having aortic grafting was not specified.

The findings presented in this study indicate that GI bleeding occurring after aortic surgery is quite common (21% of patients) whereas GI bleeding associated with an AEF is distinctly uncommon (0.4% of patients). Only a single AEF was found even after mean follow-up of 2 to 3 years in patients in whom (1) another bleeding source was identified, (2) no source was identified despite some form of diagnostic investigation, and (3) no workup was performed.

The severity of the bleeding at initial presentation

Volume 8
Number 3
September 1988

*Gastrointestinal bleeding and aortoenteric fistula*  283

Table IV. Patients with suspected aortoenteric fistula—laparotomy recommended

| Patient No. | Presentation | Unexplained sepsis | Workup | Findings at laparotomy |
|---|---|---|---|---|
| 1 | Persistent, intermittent, mild bleeding of indeterminate cause after resection of infected aortic graft | Yes | CT: air at distal aortic stump Gram-negative blood culture EGD(-) LGI(-) Colo(-) | AEF with aortic stump sepsis |
| 2 | Massive UGI bleed, hematemesis, melena, abdominal pain and occluded ABF graft, infected AxBF graft | Yes | EGD: erosive gastritis | Infected AxBF graft, bleeding gastritis (no AEF) |
| 3 | Persistent, intermittent, mild, UGI bleed; melena; abdominal pain; ileus | Yes | EGD: nonbleeding DU CT: bilateral iliac aneurysms | Intestinal obstruction (no AEF) |
| 4 | Mild UGI bleed, melena, abdominal pain | Yes | EGD: nonbleeding gastric ulcer CT(-) | Small bowel obstruction w/ perforated diverticulum, (no AEF) |
| 5 | Moderate UGI bleed, melena w/ abdominal pain | No | EGD: marginal ulcer w/ clot CT: 3 cm aneurysm of proximal anastomosis(?) Procto(-) | No AEF or aneurysm, 3 cm infrarenal aorta (lap-) |
| 6 | Persistent, intermittent, moderate UGI bleed; melena; abdominal pain | No | EGD: nonbleeding pyloric ulcer CT(-) Colo(-) UGI(-) Enteroclysis(-) Tch(-) Angio(-) | No cause, no AEF (lap-) |
| 7 | Massive UGI bleed, melena, hematemesis | Yes | EGD/UGI: esophageal stricture CT(-) Tch(-) | Refused laparotomy, no AEF or other source at autopsy |
| 8 | Four episodes moderate bleeding, source indeterminate | No | CT: suprarenal aneurysm Colo(-) LGI(-) UGI(-) Tch(-) Refused EGD | Refused laparotomy, no AEF or other source at autopsy |

EGD, Esophagogastroduodenoscopy; LGI, lower gastrointestinal; Colo, colonoscopy; ABF, aortobifemoral; AxBF, axillobifemoral; DU, duodenal ulcer; Procto, proctoscopy; UGI, upper gastrointestinal; Tch, technetium-labeled red blood cell scan; Angio, angiography.

(trace to massive) has not been found to be helpful in deciding which patients need a more extensive workup because bleeding episodes that are both related and not related to AEF can occur in all settings and in all degrees.[7] Therefore it was our specific intent in this study to analyze all documented episodes of GI bleeding no matter how minor so that a baseline for comparison could be established. It is evident from our data that greater than 50% of the bleeding episodes were considered relatively minor, that is, trace or mild. However, even if the 11 trace episodes were excluded from analysis, the frequency of documented GI bleeding in our patients would have exceeded 15% whereas the occurrence of an AEF and GI bleeding would have still been unusual (1 in 63 episodes). Notably, the one patient we discovered with an AEF had evidence of only *mild* bleeding. However, he also had signs of sepsis and a CT scan suggestive of aortic stump infection, which raised our index of suspicion of an AEF.

AEFs may appear at any time from the first postoperative week to 15 years after surgery.[4,7,12-14] Similarly, the final fatal hemorrhage reportedly may occur as late as 13 months after the initial bleeding episode.[8,12] Accordingly, since the follow-up in some patients was limited and some bleeding episodes could have gone undetected and/or been treated elsewhere subject to the data collection constraints imposed by the study, it is also possible that an AEF could have been missed. Despite these caveats, it re-

mains evident that only 1 of 74 bleeding episodes was found to be a result of an AEF; the remaining 73 episodes, whether or not defined, had other causes.

Historically, preoperative diagnostic studies frequently have been negative or provide only indirect evidence to identify an AEF. The diagnosis is usually made at the time of laparotomy done to control the hemorrhage or to remove an infected prosthesis. Urgent exploratory laparotomy has been advocated as the primary diagnostic measure in those patients suspected of harboring an AEF who are actively bleeding.[2,9,15] Other authors[4,6,7,9] have recommended exploratory laparotomy even if the workup is inconclusive or the source of bleeding is not demonstrated. Following a policy of early laparotomy to diagnose AEF in patients with GI bleeding, two studies reported the number of explorations that were either completely normal or revealed other pathologic conditions. Yeager et al.[5] found evidence of GI bleeding in 19 of their patients with aortic grafts. Five of these (26%) had bleeding from an AEF, whereas 14 had bleeding from other sources (four from ischemic colitis and 10 from miscellaneous sources). At least two laparotomies resulted in normal findings. From this experience the authors[5] recommended prompt exploratory laparotomy if the workup is inconclusive or the bleeding is massive. A second report by Reus and Johansen[15] noted only one of eight laparotomies (13%) to show no evidence of AEF. However, the exact indications for each operation and the actual number of laparotomies performed as a truly first diagnostic measure were not defined. It is incorrect to conclude from these reports that GI bleeding episodes resulting from AEF are sufficiently frequent to recommend laparotomy as a first diagnostic maneuver because the number of GI bleeding episodes in all of their patients with aortic grafts was not determined.

By contrast, our study revealed that of those patients with a diagnostic workup clearly suggestive of an AEF, no pathologic condition was found in 33% at the time of laparotomy. We were surprised to find that the projected negative laparotomy rate in that same group of patients at high risk for associated cardiopulmonary disease might have been as high as 50%. In the absence of a definitive bleeding source and/or unexplained sepsis, most bleeding episodes were neither from an AEF nor from another lesion requiring major surgical intervention and were suitably managed in other ways.

What then should be the appropriate evaluation of patients with GI bleeding who have had aortic grafts placed earlier? We suggest that the same diagnostic acumen and algorithms are appropriate for GI bleeding in patients with and without history of an aortic graft. If bleeding is massive and continuing, laparotomy is required to control hemorrhage with the first priority to prove or exclude an AEF.

In all other instances (i.e., in patients whose conditions are stable), depending on the suspected source and severity of bleeding, the workup may include upper or lower endoscopy, CT scanning, tagged red blood cell scans, and/or angiography to establish the source of bleeding and determine whether it requires medical or surgical intervention. It is obviously preferable to confirm the diagnosis preoperatively because the often-required extraanatomic bypass can then be constructed first, after which the infected aortic graft can be removed expeditiously. With the advent of high-resolution CT scanning, a preoperative diagnosis of AEF can be more reliably established.[16-19] In the hemodynamically stable patient, CT scanning may be the initial diagnostic test of choice although false-negative scans have been reported.[20] CT-guided aspiration of periaortic fluid collections in equivocal patients may also be useful.[21]

Signs of graft infection, sepsis, or both have been evident in 21% to 100% of some series of patients with AEFs associated with GI bleeding.[1-5,15] However, the apparent absence of clinical signs of infection does not exclude the presence of an AEF.[4,7,15] Therefore in the presence of unexplained sepsis, an exhaustive workup is indicated. This approach was helpful in one study where blood cultures positive for enteric organisms helped to identify AEFs in six patients.[14] Wilson et al.[22] have identified a diagnostic triad of massive upper GI tract bleeding, fever, and history of aortic graft placement to identify AEF. We agree with this in principle but would add that a negative CT scan may suggest another cause.

In summary, GI bleeding is frequently seen in patients who have previously had placement of an aortic prosthetic graft, whereas AEFs are distinctly unusual. The overwhelming majority of bleeding episodes (in excess of 98% in this study) are unrelated to the prosthetic grafts in place. If the workup is suggestive of an AEF (i.e., sepsis and abnormalities found that suggest the diagnosis), laparotomy is more likely to reveal an AEF or other pathologic condition requiring surgical intervention. However, if the diagnostic workup is normal or demonstrates other intrinsic GI lesions with no findings suggestive of an AEF and there is no unexplained sepsis, very few AEFs will be missed. Patients should be treated

on the basis of the pathologic condition that is evident. Regardless of the findings on clinical investigation and apparent responses to specific therapy, persons with evidence of GI bleeding after aortic surgery should remain under continued observation for subsequent development of fistulas or erosions with repeat diagnostic studies appropriate to the clinical picture. With this approach, the number of diagnostic laparotomies with normal findings should be minimized.

## REFERENCES

1. O'Hara PJ, Hertzer NR, Beven EG, Krajewski LP. Surgical management of infected abdominal aortic grafts: review of a 25-year experience. J VASC SURG 1986;3:725-31.
2. Bernhard VM. Aortoenteric fistula. In: Bernhard VM, Towne JB, eds. Complications in vascular surgery. New York: Grune & Stratton, Inc, 1985:513-25.
3. Reilly LM, Ehrenfeld WK, Goldstone J, Stoney RJ. Gastrointestinal tract involvement by prosthetic graft infection: the significance of gastrointestinal hemorrhage. Ann Surg 1985;202:342-8.
4. Paaske WP, Hansen HJB. Graft-enteric fistulas and erosions. Surg Gynecol Obstet 1985;161:161-4.
5. Yeager RA, Sasaki TM, McConnell DB, Vetto RM. Clinical spectrum of patients with infrarenal aortic grafts and gastrointestinal bleeding. Am J Surg 1987;153:459-61.
6. Florendo FT, Harmon HC. Aortoenteric fistula: a mandatory early operative diagnosis. South Med J 1979;72:1516-8.
7. Kleinman LH, Towne JB, Bernhard VM. A diagnostic and therapeutic approach to aortoenteric fistulas: clinical experience with twenty patients. Surgery 1979;86:868-80.
8. Perdue GD Jr, Smith RB III, Ansley JD, Costantino MJ. Impending aortoenteric hemorrhage: the effect of early recognition on improved outcome. Ann Surg 1982;192:356-64.
9. Kiernan PD, Pairolero PC, Hubert JP Jr, Mucha P Jr, Wallace RB. Aortic graft-enteric fistula. Mayo Clin Proc 1980;55:731-8.
10. Mehta AI, McDowell DE, James EC. Treatment of massive gastrointestinal hemorrhage from aortoenteric fistula. Surg Gynecol Obstet 1978;146:59-62.
11. Pelz DM, Rankin RN. Alternate bleeding sites in suspected graft-enteric fistula. AJR 1981;136:707-9.
12. Crowson M, Fielding JWL, Black J, Ashton F, Slaney G. Acute gastrointestinal complications of infrarenal aortic aneurysm repair. Br J Surg 1984;71:825-8.
13. Stevick CA, Fawcett HD. Aortoiliac-graft infection: detection by leukocyte scan. Arch Surg 1981;116:939-42.
14. Rosenthal D, Deterling RA, O'Donnell TF Jr, Callow AD. Positive blood culture as an aid in the diagnosis of secondary aortoenteric fistula. Arch Surg 1979;114:1041-4.
15. Reus J, Johansen K. Aortoenteric fistula. Surg Rounds 1985; Jan:82-90.
16. Ackroyd J, Williams TG, Thomas ML, Burnand KG. The diagnosis of aortic graft-enteric fistulae by computed tomography. Br J Surg 1985;72:72-3.
17. Mark A, Moss AA, Lusby R, Kaiser JA. CT evaluation of complications of abdominal aortic surgery. Radiology 1982;145:409-14.
18. Brown OW, Stanson AW, Pairolero PC, Hollier LH. Computerized tomography following abdominal aortic surgery. Surgery 1982;91:716-22.
19. Kukora JS, Rushton FW, Cranston PE. New computed tomographic signs of aortoenteric fistula. Arch Surg 1984;119:1073-5.
20. Freimanis IE, Kozak B, Taylor LM, Porter JM. Failure of CT scanning to diagnose aortic graft infection. (Letter) J VASC SURG 1987;6:531-2.
21. Cunat JS, Haaga JR, Rhodes R, Bekeny J, Yousef SE. Periaortic fluid aspiration for recognition of infected graft: preliminary report. AJR 1982;139:251-3.
22. Wilson SE, Van Wagenen P, Paasaro E. Arterial infection. Curr Probl Surg 1978;15:9:62-9.

D000529