IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FAYE M. GOODIE, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:10-cv-03478-RDB |
| THE UNITED STATES OF AMERICA | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

### Appendix of Exhibits

Veterans Hospital Medical Records from 2002 .......................... Exhibit 1

Veterans Hospital Medical Records from 2006 .......................... Exhibit 2

Veterans Hospital Medical Records from October 5, 2007 ................ Exhibit 3

Veterans Hospital Medical Records from October 9, 2007 ................ Exhibit 4

Johns Hopkins Medical Records ..................................... Exhibit 5

Autopsy .......................................................... Exhibit 6

Deposition of Dr. Ethel Weld ....................................... Exhibit 7

Resident Agreement ............................................... Exhibit 8

Emergency Room Agreement ....................................... Exhibit 9

Deposition of Dr. Kenneth Larsen .................................. Exhibit 10

Expert Report of Dr. Gary Whitman ................................ Exhibit11

Deposition of Dr. Paul Skudder .................................... Exhibit 12