# Progress Notes

Printed On Mar 25, 2011

```
Sincerely,



Sandra Marshall, M.D.



/es/ SANDRA L MARSHALL
DIRECTOR MANAGED CARE CLINICAL CENTER
Signed: 02/03/2006 09:49
```

---

```
 LOCAL TITLE: ECS NURSING FLOW RECORD
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: JAN 31, 2006@08:00     ENTRY DATE: JAN 31, 2006@14:16:19
      AUTHOR: SAXTON,GENENE I      EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED

Nursing Note:
here for c/o CP, that he states is worse when he deep breathes.

    DATE/TIME         TEMP     PULSE     RESP     BP        PAIN     WEIGHT
  1/31/06 @ 1318                61        18      124/53     0
  1/31/06 @ 1200                64        16      153/87     0
  1/31/06 @ 1100                72        18      129/85     0

Neuro:
     ORIENTATION:Person, Place, Time, Situation
     GENERAL ASSESSMENT: WNL/PERRLA
     SPEECH: WNL
     THOUGHT PROCESSES: WNL, alert, oriented
     Alert

     STRENGTH:
        RIGHT UPPER EXTREMITY:   normal
        LEFT UPPER EXTREMITY:    normal
        RIGHT LOWER EXTEMITY:    normal
        LEFT LOWER EXTREMITY:    normal



Pain:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND 21202<br>213524805 | Printed at BALTIMORE MD VAMC |

PLAINTIFF'S EXHIBIT 2

# Progress Notes

Printed On Mar 25, 2011

```
Patient is ABLE to verbalize pain status
Patient states he/she does have pain at this time

CURRENT PAIN LEVEL:2
PATIENT VERBALIZES:No problem coping with pain

BARRIERS to the patient reporting pain: none
What has prevented the patient from obtaining adequate pain treatment:


LOCATION:
QUALITY OF PAIN:Tightness
Comment:

ONSET:

What makes the pain worse: deep breath
What makes the pain better: rest
What helped the most to reduce the pain:rest

Patient states pain relief efforts are effective: yes
Comment:

Discharge/Transfer pain score:0

Respiratory:
EFFORT:normal
COUGH IS: present  SECRETIONS:absent
SUPPLEMENTAL OXYGEN
        PATIENT PLACED ON:continuous, N/A
        VIA:Room Air
        AT2 literOXYGEN SAT:100%
BREATH SOUNDS:
        RUL:clear
        RLL:clear
        LUL:clear
        LLL:clear



Cardiovascular:
SYMPTOMS:N/A

Capillary Refill < 2 seconds: Yes

PATIENT does HAVE TELEMETRY

Alarms on: Yes
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND  21202<br>213524805 | Printed at BALTIMORE MD VAMC |

Page 79

# Progress Notes

Printed On Mar 25, 2011

```
       RHYTHM IS:Regular


   PULSE:
      RIGHT RADIAL PULSE:      palpable
      LEFT RADIAL PULSE:       palpable
      RIGHT DORSALIS PEDIS: palpable
      LEFT DORSALIS PEDIS:  palpable

EDEMA:absent


IV:
Patient DOES have IV access
New INSERTION DATEJan 31,2006

   SITE:   Left Forearm
   TYPE:   Heploc
   Site Assessment: Infusing fluids , Flushes well




Gastrointestinal:
ABDOMEN:normal abdomen
TUBES:none present


SUCTION:none
DRAINAGE:NONEN/A
COLOR:
BOWEL MOVEMENT:no bowel problems
   IF NOT WITHIN LAST 24 HOURS WHEN?
NAUSEA/VOMITING:NO


Genitournary Tract:
BLADDER HABITS:no problems with bladder habits
CATHETER: absent

INSERTION DATE:
URINE OUTPUT: ODOR:
COLOR:
INCONTINENCE:No
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND 21202<br>213524805 | Printed at BALTIMORE MD VAMC |

# Progress Notes

Printed On Mar 25, 2011

```
Skin:
dry and intact
N/A




Interventions:
EKG  , CXR , LABS, CARDIAC ENZYMES, XRAY:   , IV FLUIDS , HEPLOCK

Medications:

81mg asa po   Jan 31,2006@08:00




Labs:

admission labs sent    Jan 31,2006@08:00

10:00- pt trnsported to x-ray & CT to follow via w/c.
11:00- returned from ct. placed back in bed #5 and back on CM.

2nd cardiac enzymes sent   Jan 31,2006@14:00

15:00- Discharge instructions given to pt by MD. Hep lock discontinued. Pt
discharged home.




/es/ GENENE I SAXTON, RN
STAFF NURSE
Signed: 01/31/2006 15:17


  LOCAL TITLE: ECS-BOILERPLATE
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND   21202<br>213524805 | Printed at BALTIMORE MD VAMC |

Page 81

D000081

# Progress Notes

```
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: JAN 31, 2006@07:07     ENTRY DATE: JAN 31, 2006@07:07:34
      AUTHOR: SWARD,DOUGLAS G     EXP COSIGNER: ALVES,DONALD W
     URGENCY:                           STATUS: COMPLETED

    *** ECS-BOILERPLATE Has ADDENDA ***

TIME SEEN:
CHIEF COMPLAINT: chest pain
HPI: 57 yo ma, h/o Aobifem bypass, presents w/ worsening of left pectoral chest
wall pain, described as "throbbing" lasting for seconds at most, ongoing for
last 6 mo, worse since sat. chronic left sided numbness. chronic DOE although no
assoc sob w/ chest discomfort.

PMH:       [ ] Htn                [ ] Tobacco Use
           [ ] Diabetes           [ ] h/o IVDA
           [ ] CAD                [ ] h/o ETOH
           [ ] HIV   [x] s/p ao-bifem bypass
           [ ] COPD
           [ ] MI

PSurgHx: [ ] Appendectomy
         [ ] Cholecystectomy
         [ ] SBO
         [ ] Hernia repair

Medications: asa

Allergies: Patient has answered NKA

ROS: no f/c/n/v/d/hematochezia

PHYSICAL EXAM
Vital Signs:    TEMP:       97.8 F [36.6 C] (01/31/2006 06:55)
                PULSE:      76 (01/31/2006 06:55)
                RESP RATE:  18 (01/31/2006 06:55)
                PULSE OX:
                BP:         125/77 (01/31/2006 06:55)
Pain Score(scale 0-10):
Is patient satisfied with pain score:[ ]yes    [ ]no
General:

HEENT: [ x]Normal exam

Cardiovascular: [ x]Regular, normal rate, no murmurs, rubs or gallops

Lungs: [x ]Clear bilaterally
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND  21202<br>213524805 | Printed at BALTIMORE MD VAMC |

# Progress Notes

```
Abdomen: [ x]Soft, flat, nontender, normal bowel sounds, well healed midline
surgical scar. nml femoral (graft) pulses

Genitourinary:[ ] Normal male [ ] Normal female

Rectal exam: [ ] Heme negative

Extremity exam: [x ] no cyanosis, clubbing or edema, old injection track marks
bilat

Neuro: [x ]alert, oriented to person, place time; cranial nerves 2-7 intact
by exam; normal gait; normal deep tendon reflexes bilaterally; no sensory
deficits

Skin:[ ] Normal exam

LAB DATA: elevated cpk, trending down

ECG: sr, nml segments, interval.

RADIOLOGY: cxr - clear, of note there is mild tracheal deviation to the right,
            o/w aorta has crisp contour, no effusions, there are lung
            markings in the left upper lobe, but they appear to be less
            dense than the right, this is similar to a 2002 portable.
         ct chest/aorta - intact aorta, large bullae in left upper lung that
            extend the length of the pleural cavity, much smaller bullae on
            right base.

ED COURSE:

PAIN EDUCATION:  [ ] Yes   [ ] No

TIMEOUT FOR PROCEDURE:    [ ] Yes    [ ] No   SITE MARKED:   [ ] Yes    [ ] No

CORRECT PATIENT IDENTIFIED [ ] Yes

CONSENT FORM SIGNED: [ ] Yes

ATTENDING SUPERVISION [ ] Yes

REEXAMINATION:
Time of reexam:

ASSESSMENT AND PLAN:

chest wall pain, episodic but chronic
  - ekg
  - cxr
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND 21202<br>213524805 | Printed at BALTIMORE MD VAMC |

# Progress Notes

Printed On Mar 25, 2011

```
- asa
- labs
- ct chest w/ aortic protocol
- dc to home, start daily asa
- pt requested leg pain meds
- asked to re-establish primary care
```

DISCHARGE DIAGNOSIS:

Discharge Instructions provided to patient: [ ] Yes
Condition of patient on Discharge: [ ] Stable [ ] Unchanged

FOLLOW-UP:[ ] none needed     [ ] with PCP

/es/ DOUGLAS G SWARD
EMERGENCY CARE SERVICES RESIDENT
Signed: 01/31/2006 14:45

/es/ DONALD W ALVES, MD
EMERGENCY CARE SERVICES ATTENDING
Cosigned: 01/31/2006 15:12

01/31/2006 ADDENDUM                    STATUS: COMPLETED
I evaluated Mr. Johnson with Dr. Sward. Briefly, I agree with his documentation
of history/ exam / findings and plan. Patient's history not highly suspicious
for cardiac etiology, more potentially concerning for vascular origin d/t his
history. We have evaluated and found no acute abnormalities. Encouraged patient
to reestablish primary care and follow up.

/es/ DONALD W ALVES, MD
EMERGENCY CARE SERVICES ATTENDING
Signed: 01/31/2006 15:12

---

 LOCAL TITLE: ECS NURSING TRIAGE NOTE
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: JAN 31, 2006@06:56     ENTRY DATE: JAN 31, 2006@06:56:10
      AUTHOR: KELLY,TONIA L         EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

      AGE: 57                       SEX:  MALE

On arrival patient was: Ambulatory

1. CHIEF COMPLAINT:
PT ARRIVED ALERT AND ORIENTEDX4, AMBULATORY WITH C/O CHEST PAIN SINCE
LAST NIGHT THAT DID NOT AWAKEN HIM FROM HIS SLEEP. DENIES CARDIAC

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND   21202<br>213524805 | Printed at BALTIMORE MD VAMC |

# Progress Notes

Printed On Mar 25, 2011

```
SYMPTOMS OR SOB.  EKG DONE.  DENIES INSULT OR INJURY TO CHESTWALL.


2.  Was visit today as a result of injury?  Yes
    The patient was assessed as a victim of abuse or neglect?  No
        If yes, was the patient referred appropriately?


3.  ALLERGIES:
Patient has answered NKA

4.  VITAL SIGNS:
   DATE/TIME           TEMP      PULSE    RESP     BP         PAIN     WEIGHT
   1/31/06 @ 0655      97.8      76       18       125/77     0

        OXYGEN SATURATION:
        97%  at ROOM AIR

5.  ORTHOSTATIC VITALS:
        (Sitting see above)

        STANDING
        Systolic:       Pulse:
        Diastolic:

6.  CURRENT MEDICATIONS:

Active Outpatient Medications (including Supplies):

No Medications Found


7.  PROBLEMS:

COMB DRUG DEP NEC-REMISS

8.  SURGICAL HISTORY:


****************************************************************
9.  DIAGNOSTIC TEST:

             []   X-RAY:
             []   URINALYSIS
             []   FINGER STICK:
             [X]  EKG:    TIME COMPLETED:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND 21202<br>213524805 | Printed at BALTIMORE MD VAMC |

Page 85