# Progress Notes

Printed On Mar 25, 2011

```
Non-Acute

IS PATIENT SUICIDAL OR HOMICIDAL? No

HAS PATIENT BEEN SEARCHED BY VA POLICE FOR CONTRABAND? No

HAS PATIENT BEEN PLACED ON 1:1 SUICIDAL/HOMICIDAL OBSERVATION? No

/es/ KAREN M HALL,RN
STAFF NURSE
Signed: 10/09/2007 15:53
```

```
LOCAL TITLE: PRIMARY CARE FOLLOW-UP NOTE-BOILERPLATE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: OCT 05, 2007@15:14      ENTRY DATE: OCT 05, 2007@15:14:30
     AUTHOR: ONYIAH,COMFORT C     EXP COSIGNER: KIWAN,NADA A
    URGENCY:                            STATUS: COMPLETED

Reason for visit: Check -up

Interval history:
Peripheral vascular disease.  The patient is status post
aortobifemoral bypass in 08/2002.  Pt is currently having knee pain bilaterally,
feels like pins and needles, numbness below knees when he wakes up and
intermittenlty during the course of the day. Symptoms for 2-3 months, no
increase in symptoms. Pt can no longer bend at knees properly b/c he feels a
sharp pain when he bends. Pt wears knee braces on both knees during the day,
which allows him to move a lot more freely. Pt has also noticed swelling in legs
around ankles and calves.

PMH
Artherosclerotic dx of abdominal aorta and femoral arteries
Social - decreased smoking from 1-2 packs a day to 1-2 cigarettes a day. Plans
to quit completely,
Medications:
None

Examination:

Vital signs:
Pulse:          85 (10/05/2007 14:39)
Respirations:   20 (10/05/2007 14:39)
Temperature:    97.8 F [36.6 C] (01/31/2006 06:55)
Blood Pressure: 128/86 (10/05/2007 14:39)
Height:         68 in [172.7 cm] (11/22/2002 09:38)
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

JOHNSON, MAURICE
301 N.HIGH ST
BALTIMORE, MARYLAND   21202
213524805

VISTA Electronic Medical Documentation

Printed at BALTIMORE MD VAMC

PLAINTIFF'S
EXHIBIT
3

Page 57

D000057

# Progress Notes

Printed On Mar 25, 2011

```
Weight:            150 lb [68.2 kg] (10/05/2007 14:39)

PE
HEENT-NCAT, hearing grossly intact, PERLL, EOMI
CV - NRRR, no m, r, g, pulses 1+ in DP and TP bilaterally
PULM- CTAB, no wheezes.
MSK- mildly TTP on medial aspect of Left knee, no edema, no erythema at knees. 1
+ edema to calves on L leg, trace edema at calf in R leg
NEURO reflexes 2+ bilaterally in LE


Lab results:
CBC: MODIFIED CBC (OUTPUT); BLOOD
Coll. Date:     01/31/06 07:25    99/99/99 00:00
Test Name       Result             Result             Units        Range
WBC             7.1                                   K/MM3        4.8   - 10.8
RBC             5.12                                  M/cmm        4.7   - 6.1
HGB             14.6                                  G/DL         14    - 18
HCT             43.9                                  %            42    - 52
MCV             85.7                                  fL           80    - 100
MCH             28.6                                  uug          27    - 31
MCHC            33.4                                  gm/dL        32    - 36
RDW             14.4                                  %            11.5  - 14.5
PLT             250                                   K/cmm        140   - 440
MPV             9.4                                   fL           7.4   - 10.4


CHEM  7; SERUM
Coll. Date:     01/31/06 07:25    99/99/99 00:00
Test Name       Result             Result             Units        Range
GLUCOSE         91                                    MG/DL        70    - 105
UREA NITROGEN   5 L                                   MG/DL        6     - 20
CREATININE      0.9                                   MG/DL        0     - 1.4
SODIUM          139                                   MEQ/L        133   - 145
POTASSIUM       4.0                                   MEQ/L        3.3   - 5.1
CHLORIDE        104                                   MEQ/L        96    - 108
CO2             26                                    MEQ/L        22    - 32
CALCIUM         9.3                                   MG/DL        8.4   - 10.2
ICTERUS INDEX   1                                                        -
HEMOLYSIS INDEX 0                                                        -
LIPEMIA INDEX   0                                                        -
CALC GFR        112                                   ML/MIN/SA          -
Interpretation for CALC GFR:  Chronic Kidney Disease = <60 mL/min/1.73m**2
    Kidney Failure =         <15 mL/min/1.73m**2

Glycosolated Hemoglobin Panel: No data available

Occult Blood: No data available
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

JOHNSON, MAURICE
301 N.HIGH ST
BALTIMORE, MARYLAND  21202
213524805

VISTA Electronic Medical Documentation

Printed at BALTIMORE MD VAMC

# Progress Notes

Printed On Mar 25, 2011

```
Lipid Panel:
  CHO:      147      (04/09/96 05:30)    130      (11/22/02 10:38)
  C_LDL:                                  39      (11/22/02 10:38)
  HDL:                                    66      (11/22/02 10:38)
  HEMOL:      0      (01/31/06 07:25)    150      (01/31/06 13:00)
  I:          2      (01/31/06 07:25)      2      (01/31/06 13:00)
  L:          1      (01/31/06 07:25)      0      (01/31/06 13:00)
  TRG:      104      (04/09/96 05:30)    127      (11/22/02 10:38)
PSA:
  PSA:                                  0.53      (04/09/96 05:30)

Impression:
Pt w/ intermittent sympotoms - vascular vs peripheral nerve etiology

Plan:
Pain - Aspirin for pain and for PVD symptoms. Pt is already walking signifiant
amounts every day.
Vascular- ordered a vascular clinic appointment, lower extremity dopplers to
assess blood flow.
Neuro- pt has normal reflexes, but symptoms may be neurologic, oredred an EMG,
and will order B12 and folate in case symotoms 2/2 deficiency
 Labs: CBC, chem 18, hgb A1c, b12, folate


/es/ COMFORT C ONYIAH, MD
MEDICAL RESIDENT
Signed: 10/05/2007 16:08

/es/ NADA A KIWAN
MEDICAL ATTENDING, PRIMARY CARE
Cosigned: 10/18/2007 10:18
```

---

```
 LOCAL TITLE: PRIMARY CARE NURSING NOTE
STANDARD TITLE: PRIMARY CARE NURSING NOTE
DATE OF NOTE: OCT 05, 2007@14:52      ENTRY DATE: OCT 05, 2007@14:52:14
      AUTHOR: GEORGE,SHONTELL M    EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Clinical Reminder Activity:
  Influenza Immunization: 2007-2008:
    Patient is an OUTPATIENT
    Patient accepts Influenza Vaccination at this encounter.

         VAMHCS INFLUENZA VACCINATION PROTOCOL
         **************************************************
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

JOHNSON, MAURICE
301 N.HIGH ST
BALTIMORE, MARYLAND   21202
213524805

Printed at BALTIMORE MD VAMC

Page 59

D000059

# Consult Requests

Printed On Mar 25, 2011

```
Facility
  Activity           Date/Time/Zone      Responsible Person  Entered By
---------------------------------------------------------------------------
  CPRS RELEASED ORDER   10/05/07 15:50   ONYIAH,COMFORT C    ONYIAH,COMFORT C
  SCHEDULED             11/01/07 10:17   ONYIAH,COMFORT C    PALMER,RUTH H
BT VASCULAR SURGERY Consult Appt. on 11/21/07 @ 11:30
Consult

  ADDED COMMENT         11/05/07 16:42   ONYIAH,COMFORT C    ONYIAH,COMFORT C
Please cancel appointment, pt is deceased

  CANCELLED             11/13/07 13:18   BINICK,MARLENE D    BINICK,MARLENE D
all of this patients apts are already cancelled


Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
============================ END ============================
```

```
Current Pat. Status:   Outpatient
Primary Eligibility:       NSC

Order Information
To Service:            EMG (ELECTROMYOGRAPHY) OUTPATIENT/BALTIMORE
From Service:          ZZZBT PCC JADE/ONYIAH NEW
Requesting Provider:   KIWAN,NADA A
Service is to be rendered on an OUTPATIENT basis
Place:                 Consultant's choice
Urgency:               Within 1 mo
Orderable Item:        EMG (ELECTROMYOGRAPHY) OUTPATIENT/BALTIMORE
Consult:               Consult Request
Reason For Request:
Eligibility: NSC                                   VERIFIED
59 yr old aa male with hx of pVD s/p bypass surgery 2002. Please
evaluate ciruclation as patient continues to have numbness and pain

Inter-facility Information
This is not an inter-facility consult request.

Status:                DISCONTINUED
Last Action:           DISCONTINUED

Facility
  Activity           Date/Time/Zone      Responsible Person  Entered By
---------------------------------------------------------------------------
  CPRS RELEASED ORDER   10/05/07 15:42   KIWAN,NADA A        KIWAN,NADA A
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE,.MARYLAND  21202<br>213524805 | Printed at BALTIMORE MD VAMC |

# Consult Requests

Printed On Mar 25, 2011

```
     PRINTED TO              10/05/07 15:42
         BAL_4A150PR2$PRT
     ADDED COMMENT           10/09/07 13:15    JACOBS,LESLIE A    JACOBS,LESLIE A
     Letter sent requesting veteran call the Neurology service to make an appt.

     DISCONTINUED            01/22/08 09:04    SNOW,DOROTHY A     SNOW,DOROTHY A
     Patient Died on OCT 11,2007.


     Note: TIME ZONE is local if not indicated

     No local TIU results or Medicine results available for this consult
     ============================================ END ============================================


     Current Pat. Status:    Outpatient
     Primary Eligibility:         NSC

     Order Information
     To Service:             PRIMARY CARE CLINIC(S)/BT
     From Service:           ZZZBT ADMITTING SCREENING
     Requesting Provider:    SWARD,DOUGLAS G
     Service is to be rendered on an OUTPATIENT basis
     Place:                  Consultant's choice
     Urgency:                Routine
     Orderable Item:         PRIMARY CARE CLINIC(S)/BT
     Consult:                Consult Request
     Provisional Diagnosis:  chest pain
     Reason For Request:
     Eligibility: NSC                                       VERIFIED

     Inter-facility Information
     This is not an inter-facility consult request.

     Status:                 DISCONTINUED
     Last Action:            PRINTED TO

     Facility
       Activity              Date/Time/Zone      Responsible Person   Entered By
     ---------------------------------------------------------------------------
      CPRS RELEASED ORDER    01/31/06 14:48      SWARD,DOUGLAS G      SWARD,DOUGLAS G
      PRINTED TO 92          01/31/06 14:48
      RECEIVED               02/02/06 09:43      KOTLER,FREDERICK     KOTLER,FREDERICK
     next available Access to Care and PCC New

      DISCONTINUED           02/03/06 09:47      MARSHALL,SANDRA L    MARSHALL,SANDRA L
     The patient's phone number for work is incorrect and his home phone number
     has been disconnected. Will send letter, unclear if address is even
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

JOHNSON, MAURICE
301 N.HIGH ST
BALTIMORE, MARYLAND  21202
213524805

Printed at BALTIMORE MD VAMC

Page 35

D000035