# Progress Notes

Printed On Mar 25, 2011

```
LOCAL TITLE: SATP INDIVIDUAL NOTE
STANDARD TITLE: SATP NOTE
DATE OF NOTE: OCT 16, 2007@11:42    ENTRY DATE: OCT 16, 2007@11:42:44
     AUTHOR: FISHER,CARMELA H    EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

ROR indicate vet died on 10/11/07. Writer called and notified enrollment
services regarding the status of the veteran.

/es/ CARMELA H FISHER
ADDICTION THERAPIST
Signed: 10/16/2007 11:58

Receipt Acknowledged By:
10/23/2007 11:56       /es/ ANNE KOLLMANN, LCSW-C
                            Liaison, MCVETS GPD Program
```

```
LOCAL TITLE: HEALTHCARE FOR HOMELESS VETERANS
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 11, 2007@16:40    ENTRY DATE: OCT 24, 2007@16:27:34
     AUTHOR: KOLLMANN,DEBORAH A    EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

Clinical Reminder Activity:
  Homeless Performance Measures:
      Patient is being discharged from a Grant & Per Diem Program and has
         had a length of stay of 7 days or greater.
      Date: October 11, 2007
      Comment: DECEASED

/es/ ANNE KOLLMANN, LCSW-C
Liaison, MCVETS GPD Program
Signed: 10/24/2007 16:28
```

```
LOCAL TITLE: HEALTHCARE FOR HOMELESS VETERANS
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 11, 2007@15:40    ENTRY DATE: OCT 11, 2007@15:40:20
     AUTHOR: KOLLMANN,DEBORAH A    EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

Informed by Jeff Kendricks, Program Manager at Mcvets, that Mr. Johnson died at
Johns Hopkins around 3am this morning. Call was then passed to Kelly Staten,
veteran's case manager, who stated that veteran was vomiting on Tuesday, and
spent most of the night at the BTVA, where several tests were run. According to
the veteran, he was told that something was probably wrong with his kidneys,
liver, and the arteries in his leg, and that they were going to run more tests.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND  21202<br>213524805 | Printed at BALTIMORE MD VAMC |


PLAINTIFF'S EXHIBIT 4

Page 49

D000049

# Progress Notes

He was discharged yesterday morning, and spent most of the day on bed rest at Mcvets. Last night, around 10 pm, he threw up blood on several people, and then passed out. An ambulance transported him to Johns Hopkins. At 3 am, Johns Hopkins called Mcvets, saying that he had expired, and was asking for the Next of Kin. Because he is in the VA Grant-Per-Diem Program, HCHV Coordinator Pat Lane was notified.

/es/ ANNE KOLLMANN, LCSW-C
Liaison, MCVETS GPD Program
Signed: 10/11/2007 15:53

Receipt Acknowledged By:
10/21/2007 09:59          /es/ PATRICIA A LANE, LCSW-C
                                Coordinator HCHV
10/26/2007 13:27          /es/ DALE E. SMITH, M.A.
                                CLINICAL MANAGER

---

LOCAL TITLE: ECS NURSING FLOW RECORD
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: OCT 09, 2007@20:51    ENTRY DATE: OCT 09, 2007@20:51:24
      AUTHOR: PINNOCK,AUDREY M     EXP COSIGNER:
     URGENCY:                               STATUS: COMPLETED

NON-Acute Level of Care.
Chief Complaint: Patient c/o lower back pain, nausea and vomiting after eatieng meal for past 3 to 4 days. Patient denies chest pain or discomfort.

Your patients current vitals in CPRS are:

Temperature: 98.3 F [36.8 C] (10/09/2007 15:43)
Pulse: 82 (10/09/2007 15:43)
Respiration: 20 (10/09/2007 15:43)
Blood Pressure: 117/66 (10/09/2007 15:43)
Height: 68 in [172.7 cm] (11/22/2002 09:38)
Weight: 150 lb [68.2 kg] (10/05/2007 14:39)
Neuro:
  ORIENTATION:Person, Place, Time, Situation

       GENERAL ASSESSMENT: WNL/PERRLA

       SPEECH: WNL


   additional comments:

       STRENGTH:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
JOHNSON, MAURICE
301 N.HIGH ST
BALTIMORE, MARYLAND   21202
213524805

VISTA Electronic Medical Documentation

Printed at BALTIMORE MD VAMC

Page 50

D000050

# Progress Notes

```
             RIGHT UPPER EXTREMITY:   normal

             LEFT UPPER EXTREMITY:    normal

             RIGHT LOWER EXTREMITY:   normal

             LEFT LOWER EXTREMITY:    normal

      Ambulatory

Pain:
   Patient states he/she does have pain at this time

   SCALE:9
   Describe nursing intervention for pain level equal to or >4Patient
   placed in bed and tordal 30mg administered as ordered.
   LOCATION:
Respiratory:
   EFFORT:normal
   COUGH IS: absent  SECRETIONS:absent
   SUPPLEMENTAL OXYGEN
         PATIENT PLACED ON:N/A

         VIA:Room Air

         ATROOM AIROXYGEN SAT:99%

   BREATH SOUNDS:
         RUL:clear

         RLL:clear

         LUL:clear

         LLL:clear

   Blood Cultures Sent:
      No
   Antibiotics given:
      No
Cardiovascular:
   SYMPTOMS:N/A


   Capillary Refill < 2 seconds: Yes


      PULSE:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND  21202<br>213524805 | Printed at BALTIMORE MD VAMC |

# Progress Notes

Printed On Mar 25, 2011

```
        RIGHT RADIAL PULSE:    palpable

        LEFT RADIAL PULSE:     palpable

        RIGHT DORSALIS PEDIS:  palpable

        LEFT DORSALIS PEDIS:   palpable


  EDEMA:absent
  Is patient on Telemetry?
     No
IV:
  Patient DOES have IV access.
    Site 1:
      Type of Access: Saline Lock
      Location of the Access: Right Forearm
      Date the Access was started: Oct 9,2007
      Blood Laboratory Tests/Blood Cultures Drawn: Yes
      Unless clinically indicated, this PERIPHERAL site and dressing are
      due to be changed 96 hours (4 days)  from insertion date: Oct
      13,2007

      Date documented on Dressing: Oct 9,2007

      Site is: Without redness, swelling or drainage., Has a dry and
      intact Dressing

      Site is: Fully functional/Infusing fluids , Without difficulty
      The IV Tubing is due to be changed 96 hours from hanging: Oct
      13,2007

      Tubing Was changed on: Oct 9,2007
      Solution infusing: Normal saline   Rate: wide open
         Other solutions infusing:
Gastrointestinal:
  ABDOMEN:normal abdomen
  TUBES:none present




  SUCTION:none
  DRAINAGE:NONEN/A
  COLOR:
  BOWEL MOVEMENT:no bowel problems, last bowel movement within 24 hours
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

JOHNSON, MAURICE
301 N.HIGH ST
BALTIMORE, MARYLAND  21202
213524805

Printed at BALTIMORE MD VAMC

Page 52

D000052

# Progress Notes

Printed On Mar 25, 2011

```
     IF NOT WITHIN LAST 24 HOURS WHEN?

  NAUSEA/VOMITING:NO
Genitournary Tract:
  BLADDER HABITS:no problems with bladder habits CATHETER: absent
  INSERTION DATE: URINE OUTPUT:450ml ODOR:No COLOR: Dark yellow INCONTINENCE:No
Skin:
  dry and intact, normal color N/A
Medications:

  Toradol 30mg IVOct 9,2007@20:15
  Zantac 150mg POOct 9,2007@20:15
  Normal saline 1000ml IVOct 9,2007@20:20

2100: Patient states pain relief from toradol, pain level non 1/10
2350: Peripherial IV discontinued. Patient is discharged to home, and discharge
instructions given by Dr. Weld. Patient verbalized understanding. Patient given
omeprazole 20mg tablets time 6 doses and tylenol 650mg times 10 doses by Dr.
Weld. Patient instructed to take one omeprazole tablet in morning and in evening
each day. Patient ambulated from the ED.

/es/ AUDREY M PINNOCK, RN
STAFF NURSE
Signed: 10/10/2007 00:20
```

```
  LOCAL TITLE: ECS-BOILERPLATE
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: OCT 09, 2007@18:59     ENTRY DATE: OCT 09, 2007@19:07:11
      AUTHOR: WELD,ETHEL DERBY       EXP COSIGNER: FLANIGAN,JOHN S
     URGENCY:                              STATUS: COMPLETED

TIME SEEN: 7:10PM
CHIEF COMPLAINT: back pain and vomiting, epigastric pain
HPI:
The pt is a 59-yo homeless man with hx of PVD who comes with 4 day history of
left back pain, acute in onset, 10/10 in intensity, and one day of vomiting, 5x
today, non-blooody, non-bilious, accompanied by dull mid-epigastric and lower
abdominal pain. No food since last night. Denies fevers/c/ns/cp/sob/
palpitations/ diarrhea/ dark urine/ hematuria/ dysuria/ trauma. Says he had one
episode of melena one week prior, none since.

PMH:   Vascular disease s/p aortofemoral bypass 8/02

Medications: none
Soc: occasional cigarettes; no EtOH or illicits

Allergies: Patient has answered NKA
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

JOHNSON, MAURICE
301 N.HIGH ST
BALTIMORE, MARYLAND 21202
213524805

Printed at BALTIMORE MD VAMC

Page 53

D000053

# Progress Notes

Printed On Mar 25, 2011

```
ROS: as above

PHYSICAL EXAM
Vital Signs:    TEMP:       98.3 F [36.8 C] (10/09/2007 15:43)
                PULSE:      82 (10/09/2007 15:43)
                RESP RATE:  20 (10/09/2007 15:43)
                PULSE OX:
                BP:         117/66 (10/09/2007 15:43)
Pain Score(scale 0-10): 4/10
Is patient satisfied with pain score:[ x]yes    [ ]no
General: mild distress, shifting in chair, thin

HEENT: [ x]Normal exam

Cardiovascular: [ x]Regular, normal rate, no murmurs, rubs or gallops

Lungs: [ x]Clear bilaterally

Abdomen: [ x]Soft, flat, diffuse mild tenderness, normal bowel sounds, no
guarding or rebound

Genitourinary:[x ] Normal male [ ] Normal female

Rectal exam: [x ] Heme positive; + three perirectal skin tags

Extremity exam: [ x] no cyanosis, clubbing or edema

Neuro: [x ]alert, oriented to person, place time; cranial nerves 2-7 intact
by exam; normal gait; normal deep tendon reflexes bilaterally; no sensory
deficits

Skin:[ x] Normal exam

LABS: LFT's CBC, amylase, BMP completely WNL

ECG:.NSR; no ST/T wave changes

RADIOLOGY: Non-contrast renal stone protocol CT NEGATIVE FOR STONE


ASSESSMENT AND PLAN:
59yo with left flank pain, diffuse abdominal pain, vomiting intermittently x 2
weeks; HEME-OCCULT POSITIVE; renal-protocol CT negative for stones but showed
mild emphysematous changes at the lung bases and mild hepatomegaly

-D/C home with GI outpatient follow-up
-HCT stable at 10.2 (10.8 on 10/5/07); renal function stable;
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND 21202<br>213524805 | Printed at BALTIMORE MD VAMC |

# Progress Notes

Printed On Mar 25, 2011

```
-Pt completely hemodynamically stable; is for D/C home with tylenol for pain
control, to f/u with GI in 1 week for evaluation of HOC+ stool and abdominal
pain.
-D/C with Tylenol 650mg po q6 hrs prn [#10] and omeprazole 20mg po BID [#10].
Given telephone number of GI clinic; told to return if melena/ hematemesis or
other worrisome symptom recurs.

DISCHARGE DIAGNOSIS: Likely gastritis

Discharge Instructions provided to patient: [x ] Yes
Condition of patient on Discharge: [ ] Stable [ ] Unchanged

FOLLOW-UP:[ ] none needed     [ x] with PCP

Signout has occured from Primary attending to Secondary attending.

I [E. Weld ] have discussed the treatment plan and diagnosis with
    the attending [J. Flanigan ]



/es/ ETHEL DERBY WELD, MD
MEDICAL RESIDENT
Signed: 10/09/2007 23:58

/es/ JOHN S FLANIGAN, MD
EMERGENCY MEDICINE ATTENDING
Cosigned: 10/18/2007 09:22
```

---

```
LOCAL TITLE: ECS NURSING TRIAGE NOTE
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: OCT 09, 2007@15:50    ENTRY DATE: OCT 09, 2007@15:50:34
     AUTHOR: HALL,KAREN M            EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

     AGE: 59                         SEX: MALE

On arrival patient was: Ambulatory

1. CHIEF COMPLAINT:
States he has pain in his lower back. States he has been nauseated and
throwing up his food shortly after eating. This has been going on for
approx. 3-4 days. States he just started getting mid-epigastrium chest
pain today. Denies chest pain at this time. He only gets pains in his
chest when he vomits.
```

*(handwritten margin note: pcf SA~~ pLac)*

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

JOHNSON, MAURICE
301 N.HIGH ST
BALTIMORE, MARYLAND  21202
213524805

Printed at BALTIMORE MD VAMC

# Progress Notes

```
2.  Was visit today as a result of injury?  No
    The patient was assessed as a victim of abuse or neglect?  No
        If yes, was the patient referred appropriately?


3.  ALLERGIES:
Patient has answered NKA

4.  VITAL SIGNS:
   DATE/TIME         TEMP     PULSE    RESP     BP        PAIN     WEIGHT
  10/9/07 @ 1543     98.3     82       20       117/66    3
  10/5/07 @ 1439              85       20       128/86    8        150


        OXYGEN SATURATION:
        99% at ROOM AIR

5.  ORTHOSTATIC VITALS:
        (Sitting see above)

        STANDING
        Systolic:        Pulse:
        Diastolic:

6.  CURRENT MEDICATIONS:

Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                         Status
     =============================================================
1)   ASPIRIN  81MG TAB CHEW ONE TABLET    EVERY DAY        ACTIVE

7.  PROBLEMS:

COMB DRUG DEP NEC-REMISS

8.  SURGICAL HISTORY:


****************************************************************
9.  DIAGNOSTIC TEST:

            []  X-RAY:
            []  URINALYSIS
            []  FINGER STICK:
            [X] EKG:   TIME COMPLETED: 1533


10. DISPOSTIION:
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND  21202<br>213524805 | Printed at BALTIMORE MD VAMC |

# Lab Results

Printed On Mar 25, 2011

```
                         ---- A1C ----

BLOOD             HGBA1C      HbA1C_A
Ref range low       3.9         4.5
Ref range high      6.1         5.7
                     %           %
------------------------------------------------------------------
a 10/05/2007 16:00    6.6 H
  a. Evaluation for HGBA1C:
       HEMOGLOBIN A1c<7% is a reasonable goal for Diabetes Mellitus
       Ann Intern Med. 2007;147:417-422.
```

---- CBC PROFILE ----

| BLOOD | 10/09 2007 20:25 | 10/05 2007 16:00 | 01/31 2006 07:25 | 11/22 2002 10:38 | 07/19 2002 05:30 | Units | Reference Ranges |
|---|---|---|---|---|---|---|---|
| WBC | 10.5 | 9.3 | 7.1 | 5.4 | 5.7 | K/MM3 | 4.8 - 10.8 |
| RBC | 3.86 L | 4.02 L | 5.12 | 5.22 | 3.72 L | M/cmm | 4.7 - 6.1 |
| HGB | 10.2 L | 10.8 L | 14.6 | 14.1 | 10.6 L | G/DL | 14 - 18 |
| HCT | 30.4 L | 32.0 L | 43.9 | 42.9 | 31.3 L | % | 42 - 52 |
| MCV | 78.8 L | 79.7 L | 85.7 | 82.3 | 84.1 | fL | 80 - 100 |
| MCH | 26.4 L | 26.9 L | 28.6 | 27.0 | 28.5 | uug | 27 - 31 |
| MCHC | 33.5 | 33.8 | 33.4 | 32.8 | 33.9 | gm/dL | 32 - 36 |
| RDW | 14.4 | 14.1 | 14.4 | 15.9 H | 13.6 | % | 11.5 - 14.5 |
| PLT | 331 | 343 | 250 | 299 | 423 | K/cmm | 140 - 440 |
| MPV | 8.0 | 7.8 | 9.4 | 8.6 | 8.1 | fL | 7.4 - 10.4 |
| OLD_LY% | | | | | | | 15 - 45 |
| OLD_MO% | | | | | | | 2 - 11 |
| OLD_GR% | | | | | | | 40 - 79 |
| NEUTR_% | 77.2 H | 66.6 | 70.8 | 60.7 | 75.3 H | % | 40 - 75 |
| LYMPH_% | 16.5 | 24.0 | 22.4 | 30.9 | 12.1 L | % | 15 - 45 |
| MONO_% | 5.9 | 7.8 | 5.9 | 6.2 | 10.9 | % | 2 - 11 |
| EOSIN_% | 0.2 | 1.2 | 0.4 | 1.7 | 1.2 | % | 0 - 4 |
| BASO_% | 0.2 | 0.4 | 0.5 | 0.5 | 0.5 | % | 0 - 2 |
| NEUTR_# | 8.1 H | 6.2 | 5.0 | 3.3 | 4.3 | k/cmm | 1.8 - 7.2 |
| LYMPH_# | 1.7 | 2.2 | 1.6 | 1.7 | 0.7 L | k/cmm | 1.5 - 4 |
| MONO_# | 0.6 | 0.7 | 0.4 | 0.3 | 0.6 | k/cmm | .2 - .9 |
| EOSIN_# | 0.0 | 0.1 | 0.0 | 0.1 | 0.1 | k/cmm | 0 - .7 |
| BASO_# | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | k/cmm | 0 - .15 |
| Comments: | a | b | c | d | e | | |

```
a. *** For test MONO_% Normals: 2-12 ***
b. *** For test MONO_% Normals: 2-12 ***
c. *** For test MONO_% Normals: 2-12 ***
d. *** For test WBC Units: K/CMM ***
   *** For test MCV Normals: 80-94 ***
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

JOHNSON, MAURICE
301 N.HIGH ST
BALTIMORE, MARYLAND 21202
213524805

Printed at BALTIMORE MD VAMC

Page 3

# Radiology Reports

Printed On Mar 25, 2011

CT ABDOMEN & PELVIS W/O CONT

Proc Ord: CT ABDOMEN W/O CONT
Exm Date: OCT 09, 2007@19:57
Req Phys: WELD, ETHEL DERBY          Pat Loc: BT EMERGENCY DEPARTMENT (Req'g
                                     Img Loc: BT CAT SCAN
                                     Service: Unknown


(Case 623 COMPLETE)  CT ABDOMEN & PELVIS W/O CONT    (CT   Inactive) CPT:74150
    Reason for Study: See Clinical History:

    Clinical History:
      59 yo man with left CVA tenderness, abd pain, vomiting. RENAL
      STONE PROTOCOL 4252pager

    Report Status: Verified               Date Reported:
                                          Date Verified: OCT 11, 2007
    Verifier E-Sig:/ES/ALLAN P WEKSBERG, MD

    Report:
      see impression.

    Impression:
      INDICATION: Left costovertebral angle tenderness. Abdominal pain.
      Vomiting.

      TECHNIQUE: Multidetector CT imaging of the abdomen and pelvis was
      performed without the use of intravenous contrast or oral
      contrast. Normal renal stone imaging protocol was utilized.
      Comparison was made to a prior study date 01/31/06.

      FINDINGS: Limited visualization of the lung bases demonstrates
      emphysematous change with extensive bullous disease. No focal
      consolidation or mass is identified.

      ABDOMEN: The liver, gallbladder, spleen, kidneys, adrenal glands
      and pancreas are all unremarkable, allowing for unenhanced
      technique. The loops of large and small bowel are also
      unremarkable.

      There is no evidence of intrarenal or ureteral calculus. There is
      no hydronephrosis or perinephric standing. Incidental note is
      made of an aortobifemoral bypass graft. Evaluation of this graft
      is somewhat limited secondary to the lack of intravenous
      contrast.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND  21202<br>213524805 | Printed at BALTIMORE MD VAMC |

Page 1

D000002

# Radiology Reports

PELVIS: The bladder is unremarkable. The visualized loops of pelvic bowel is also unremarkable. There is no free fluid.

Bone windows demonstrate no focal lytic or blastic lesions.

IMPRESSION:

1. No evidence of hydronephrosis or renal calculus.

2. Severe emphysematous and bullous change of the lungs.

3. Aortobifemoral bypass graft.

Primary Interpreting Staff:
  ALLAN P WEKSBERG, MD, RADIOLOGIST (Verifier)
/BLG

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND   21202<br>213524805 | Printed at BALTIMORE MD VAMC |

# Consult Requests

Printed On Mar 25, 2011

```
Current Pat. Status:    Outpatient
Primary Eligibility:       NSC

Order Information
To Service:             GI CLINIC OUTPATIENT/BALTIMORE
From Service:           BT EMERGENCY DEPARTMENT
Requesting Provider:    WELD, ETHEL DERBY
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         GI CLINIC OUTPATIENT/BALTIMORE
Consult:                Consult Request
Reason For Request:
Eligibility: NSC                                      VERIFIED

        ** TODAY'S & FUTURE GI CLINIC APPOINTMENTS **
        DATE/TIME               CLINIC
***  NO DATA  ***

        ** PAST GI CLINIC APPOINTMENTS **
        DATE/TIME               CLINIC
***  NO DATA  ***

Collection DT      Spec     HCT     MCV      RDW       PLT
10/09/2007 20:25   BLOOD   30.4 L  78.8 L   14.4      331
Collection DT      Spec   PROTIME
01/31/2006 07:25   PLASM   12.0

IRON GROUP BT&FH Coll.   IRON     IRON SATTRANSFER
11/22/02 10:38            55       12 L      342

  No data available for FERRITIN

Collection DT      Spec    CRE
10/09/2007 20:25   SERUM   1.0
No data available

  No data available for CEA
  No data available for H PYLORI IgG

*** Patient notified of consult and agrees to endoscopy procedures ***
ABDOMINAL PAIN:
Describe reason for referral:epigastric abdominal pain, vomiting,
heme-occult
positive stool, melena x
1
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301-N.HIGH ST<br>BALTIMORE, MARYLAND  21202<br>213524805 | Printed at BALTIMORE MD VAMC |

# Consult Requests

Printed On Mar 25, 2011

```
Inter-facility Information
This is not an inter-facility consult request.

Status:              DISCONTINUED
Last Action:         DISCONTINUED

Facility
  Activity              Date/Time/Zone      Responsible Person   Entered By
-------------------------------------------------------------------------------
  CPRS RELEASED ORDER   10/09/07 21:35      WELD,ETHEL DERBY     WELD,ETHEL DERBY
  PRINTED TO            10/09/07 21:35
     BAL_3B18OPR1$PRT
  SCHEDULED             10/12/07 16:13      LLOYD,RALPH H        LLOYD,RALPH H
Offer letter sent for GI New (Fellows') clinic.

  DISCONTINUED          01/22/08 09:04      SNOW,DOROTHY A       SNOW,DOROTHY A
Patient Died on OCT 11,2007.


Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
============================== END ==================================


Current Pat. Status:  Outpatient
Primary Eligibility:     NSC

Order Information
To Service:            VASCULAR INPATIENT/BALTIMORE
From Service:          ZZZBT PCC JADE/ONYIAH NEW
Requesting Provider:   ONYIAH,COMFORT C
Service is to be rendered on an OUTPATIENT basis
Place:                 Consultant's choice
Urgency:               Routine
Orderable Item:        VASCULAR INPATIENT/BALTIMORE
Consult:               Consult Request
Provisional Diagnosis: PVD
Reason For Request:
Eligibility: NSC                                      VERIFIED

Inter-facility Information
This is not an inter-facility consult request.

Status:              CANCELLED
Last Action:         CANCELLED
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JOHNSON, MAURICE<br>301 N.HIGH ST<br>BALTIMORE, MARYLAND 21202<br>213524805 | Printed at BALTIMORE MD VAMC |