# THE JOHNS HOPKINS



## MAURICE L. JOHNSON

DATE OF ADMISSION: OCTOBER 10, 2007
DATE OF DISCHARGE: OCTOBER 11, 2007

REGISTRATION............................................................................. 1

DISCHARGE SUMMARY............................................................. 2-3

ER................................................................................................... 4-12

AMBULANCE REPORT............................................................... 13

PROGRESS NOTES...................................................................... 14-22

CONSULT....................................................................................... 23

ORDERS.......................................................................................... 24-38

EKG................................................................................................. 39-40

ECHOCARDIOGRAM................................................................... 41

LABS................................................................................................ 42-46

RADIOLOGY.................................................................................. 47-52

NURSING FLOWSHEETS............................................................. 53-73

MEDICATIONS.............................................................................. 74-83

Rcd: 04/02/08



PLAINTIFF'S EXHIBIT 5



## Johns Hopkins Hospital                                    *Discharge Summary*

| | |
|---|---|
| Name: Johnson, Maurice L. | History: 0-120-88-11 |
| Address: 301 N High St, Baltimore MD 21202 | |
| Phone: (410)576-9626 | Admitted: 10/10/2007 |
| DOB: 05/17/1948 | Discharged: 10/11/2007 |
| Race: African American | Length of Stay: 1 |
| Gender: Male | Service: PUL |
| Primary Provider: Merlo, Christian Avery | Discharge Location: MICU7 |
| Other Provider: | Document No: 77319600010 |

Diagnoses/Problems:

1. Upper GI bleed
2. History of bilateral Aortofem bypass in 2002

Procedures:

1. Head CT
2. Chest CT
3. Abdomen/Pelvis CT

History, Major Findings and Hospital Course:

Pt. was a 59 year old African American male with a past medical history of Aortofem bypass in 2002 who was in his usual state of health until two weeks prior to admission when he began complaining of crampy abdominal pain which was waistband in distribution. Pain was nonradiating, and was alleviated by lying on his side, and exacerbated by sitting up. Patient also had nausea and vomiting a week prior to admission which occurred 20 minutes after eating. He began complaining of non-radiating, sharp, left lower back pain a week prior to admission. No associated fevers, or chills. He presented to an outside VA hospital a day prior to his admission. He was told he had inflammation of his liver and was discharged with pain medications. On day of admission, patient had an epiosde of non-bloody, bilious emesis at home. He was in the midst of playing chess a few hours later, when he began complaining of lightheadedness. He lost consciousness and awoke to find EMS at his side.
He was unsure as to the length of time he had lost consciousness. He subsequently had an episode of hematesis and was brought to JHH for further evaluation. His blood pressure on arrival was noted to be 95/60. He was resuscitated with 2 liters of normal saline with blood pressure coming up to 115/92. He had a cordis placed and underwent a head/chest/abdomen/pelvis CT scan which showed moderate soft tissue thickening around infrarenal aorta and bifurcation concerning for infection. Patient's blood pressure continued to trend down to 80's/60s. Both vascular surgery and GI were consulted. He was transferred to the MICU where he began to have continued, copious amounts of active hematemesis. His blood pressure continued to drop, and despite resuscitation with normal saline and PRBC's, patient continued to be hypotensive. He was started on pressors, and became drousy. He was intubated for airway protection as well as for preparation for a possible EGD. He continued to drop his pressure and have continued hematemesis. He subsequently went into V-fib arrest for which ACLS was immediately begun. Despite all resuscitative measures, patient developed asystole and passed away at 1:35 am on 10/11/07.

CC List:


SIGNED BY:  MERLO, CHRISTIAN
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.

DATE SIGNED: 10/11/2007

# The Johns Hopkins Hospital
## Department of Emergency Medicine
### E.M.R.C. Worksheet

ETA:
☐ Alpha   ☐ Bravo   ☐ Delta
☐ Echo    ☐ Med. Critical Care
Team Notified _____ AM / PM   *for Aldersgrove pilot*

## Prehospital Consultation/Interventions:

Date: 10/10/04   Time: 2223 am/pm   Medic/Trooper: _____   City/Co. _____   Age: 39   Sex: ☒M ☐F   Wt. ____ Kg. Priority ① 2 3 4

Chief Complaint/Mechanism: 39 y/o male s/p fall off ladder/loss
blood, unable to obtain BP
unconscious
pupils 3/6/6

P.M.H. Salcuportico

| Resp | Pulse | Skin | Neuro | | | Major |
|---|---|---|---|---|---|---|
| ☐ Clear | ☐ Regular | ☐ Hot | ☐ Alert | | Monitor | ☐ Follows Commands |
| ☐ Rales | ☐ Irregular | ☐ Warm | ☐ Oriented | | ☒ NSR | ☐ Localizes |
| ☐ Wheezes | ☐ Thready | ☐ Cool | ☐ Combative | | ☐ Brady | ☐ Withdraws |
| ☐ Labored | ☐ JVD | ☐ Dry | ☐ Lethargic | | ☐ S. Tachy | ☐ Posturing |
| ☐ Diminished | ☐ Edema | ☐ Clammy | ☐ Confused | | ☐ V. Tach | ☐ Flaccid |
| ☐ Apnea | Cap. Refill: | ☐ Diaphoretic | ☐ Unconscious | | ☐ V. Fib. | GCS: |
| ☐ Absent | ___ sec | | Pupils: | | ☐ Agonal | |
| | | | | | ☐ Ectopy | |

Allergies: _____

| Oxygen | Extremities | IV L/R |
|---|---|---|
| ☐ NRM  ☐ Nasal Cannula | ☐ Backboard | ☐ D5W |
| ____ L/min | ☐ Cervical Collar | ☐ L/R |
| ☐ Ambu Bag | Mast: | ☐ Blood Drawn |
| ☐ ETT Size ___ | ☐ Inflated | IV Gauge ___ |
| ☐ CPR In Progress | ☐ Abdomen / Legs | Site ___ |
| O2 Sat 99 % | ☐ Lower Extremities | |
| | ☐ Splint | |

Initial Vital Signs:
B/P ___ / ___
Pulse 100
R.R. ___

Repeat Vital Signs:
B/P ___ / ___
Pulse ___
R.R. ___

| Drug | Route | Dose | Route |
|---|---|---|---|
| Adenosine | Lasix | NTG | |
| Albuterol | Lidocaine | NaHCO3 | |
| Atropine | Morphine | Terbutaline | |
| Dextrose 50% | Narcan | Valium | |
| Epinephrine | | | cars |

R.N. Signature: _____   M.D. Signature: _____

| Team Members | Arrival Time | Signature | Team Members | Arrival Time | Signature |
|---|---|---|---|---|---|
| Ped. Surg. Attending | | | Trauma Surgeon | | |
| Pediatric Surgical Fellow | | | Surgical Chief Resident | | |
| Ped. Surg. Resident | | | Anesthesiology | | |
| Pediatric Surgical Intern | | | Anesthesia SAR | | |
| P.I.C.U. Fellow | | | E.D. Attending | | |
| Pediatric Resident | | | G.C.O.O. | | |
| E.D. Nurse | | | E.D. Nurse(s) | | |
| P.I.C.U. Nurse | | | E.D. Technician | | |
| Pediatric Shift Coordinator | | | Surgical Shift Coordinator | | |
| | | | Respiratory Therapy | | |

ALPHA-BRAVO                                          DELTA

Maurice. Willie Clayborn

**Johns Hopkins Hospital**
Department of Emergency Medicine
Medical Record

118715

5[illegible]
9-477-80-18
MALE, TWENTYONE
01 01 1871

Date: 10/10/07  Room: CC3  Time in room:  AM/PM

Hx source: Patient / spouse / family / friend / EMS / other   ☐ History & ROS limited by medical or other con

Time seen 22:30 AM/PM          2007 OCT 10 PM 10:28

PMH: None    PSH: 1 Aneu[r] Rep[air]

CC:
HPI: Pt is 59yo ♂ c̄ h/p enlarged liver and ? aneurysmal repair in 2002 who presents s/p playing pool, felt dizzy fell and ~~vomited~~ had an episode of hematemesis. Black stool x 1 week. Emesis x 3 times / 24 hrs. ∅ previous bleeding

Enlarged liver
h/o heavy EtOH intake.

Meds: None    See triage/nursing
Omeprazole 20mg

FH: None / CAD / CVA / Cancer / DM / HTN / Other:
SH: Tobacco: None / Current / Past / ____ Pack-year
Drugs: None / Current / Past / Type: ____

Allergies: NKDA / other:
Alcohol: None / Occ / Mod / Heavy:  h/o heavy drink
Lives in: Home (family) / Home (alone) / NH / Homel

ROS: CIRCLE ALL THAT APPLY, CROSS OUT NEGATIVE COMPLAINTS OR SYSTEMS, LIST OTHERS

| Gen | Eyes | ENT | Resp | CV | GI | GU | Skin | MS | Psych | Neuro |
|---|---|---|---|---|---|---|---|---|---|---|
| ~~Fever~~ | Blur vision | Hearing prob | ~~Cough~~ | Chest pain | ~~Abd pain~~ | ~~Dysuria~~ | ~~Rash~~ | Neck pain | Depression | HA |
| ~~Chills~~ | Loss vision | Rhinitis | Wheezing | ~~DOE~~ | N/V/D | Flank pain | Itching | Back pain | Hallucination | Weakness |
| Weight loss | Diplopia | Nose bleed | Dyspnea | Edema | Melena | Vag bleed | Bruising | Arm pain | Suicidal | Gait prob |
| Weakness | Pain | Throat pain | Hemoptysis | Palpitations | Rectal blood | Discharge | Wounds: | ~~Leg pain~~ | Homicidal | Speech prob |
|  | Photophobia | Voice change | Pleuritis | Lightheaded | Vomit blood | Testicle pain |  |  |  |  |

| Heme | Endo | Other ROS: | LMP: | ☐ All other systems reviewed are negative | Pain Score (1-10): |
|---|---|---|---|---|---|
| ~~Anemia~~ | Weight loss |  |  |  |  |
| Bruising | Polyuria |  |  |  |  |
| Bleeding | Polydipsia |  |  |  |  |
| Lymph nodes |  |  |  |  |  |

PE: ☐ VS reviewed   BP: 115/92   HR: 100   RR:    T: 20   O2 sat: 100 % on NR   Normal/

| | Appearance | NAD |
|---|---|---|
| | Conjunctiva | Normal |
| | Pupils | Normal |   EOM Normal   Fundi Normal
| | Head/Face | Atrauma |
| | Ear | Normal |
| | Nose | Normal |
| | Oropharynx | Normal |
| | Effort | Normal |
| | Auscultation | Normal |
| | Auscultation | Normal |
| | Jugular | Normal |
| | Edema | None |
| | Bowel sound | Normal |
| | Palpation | NT / ND |
| | Rectal exam | Normal |
| | CVA Tender | None |
| | External | Normal |
| | Pelvic | Normal |
| |  | Normal |
| | Extremity | Normal |
| | Neck | Normal |
| | Back | Normal |
| | Neck: Normal | Groin: Normal  Axilla: Normal |
| | Judgment | Normal  Orientation: ✓x3 |
| | Mood/Affect | Normal  Speech: Normal |
| | CN: II - XII | Normal  Gait: Normal |
| | Motor | Normal  Cerebellar: Normal |
| | DTRs | Normal  Sensation: Normal |

Z. Livshits, MD    [illegible]

7

**THE JOHNS HOPKINS HOSPITAL**
600 NORTH WOLFE STREET
BALTIMORE, MD 21287
Emergency Department Critical Care Flowsheet

Date: 10/10/09   Arrival Time: 09   Mode: Ambo ✓  Heli ___
Age: 59   Sex: Male   Race: Black   Other: ___
Chief Complaint/Type of Injury/Mechanism of Injury: Syncopal Spell and Fell → Nonactrauss
Significant Medical History: Enlarged liver, Aneurysm, Hep ___
Collar ___
Board ___
Medicines: ___
Allergies: NKDA   Tetanus (within 5 years): Y
Estimated Wt.: ___   Given: ___
Last Meal (time): ___   LMP (date): ___

Patient label:
9-427-80-18
MALE, TWENTYONE
01 01 1871 M
5/17/49  Manuel Schuyn

Trauma Team/GPS Called: Y ___ N ___  Time: ___  Response Time: ___
Participants: See EMRC Worksheet
Medical

Consultants
___ Dr. ___ Time: ___ Response Time: ___
___ Dr. ___ Time: ___ Response Time: ___
___ Dr. ___ Time: ___ Response Time: ___
___ Dr. ___ Time: ___ Response Time: ___
___ Dr. ___ Time: ___ Response Time: ___

## RESPIRATORY FUNCTION ✓

Airway Patent — Y ___ N ___
Tube Placed — No ✓ Eoa ___ Ett ___
Spont. Resp. Effort — Y ✓ N ___
Chest Movement
  Normal — Y ✓ N ___
  Shallow — Y ___ N ___
  Retractions — Y ___ N ___
Breath Sounds
  Clear — R ✓ L ✓
  Absent — R ___ L ___
  Rales — R ___ L ___
  Rhonchi — R ___ L ___
  Wheezes — R ___ L ___
Other: ___

## CIRCULATORY FUNCTION

Heart Sounds ✓
  Present ✓   Absent ___
  Regular ✓   Irregular ___
Pulses
  Absent ___   Regular ✓   Irregular ___
  Strong ✓     Weak ___
Capillary Refill ___
  Immediate ___   Delayed ___
Mucous Membranes
  Normal ___   Pale/gray ___ ✓
Chest Pain — Y ___ N ✓
Diaphoresis — Y ___ N ✓
JVD — R ___ L ✓
Edema
  Pedal — R ___ L ✓
  Sacral — Y ___ N ✓
Peripheral Pulses Present:
  Carotid — weak R ___ L ___
  Brachial — R ___ L ___
  Radial — R ✓ L ✓
  Ulnar — R ___ L ___
  Femoral — R ✓ L ✓
  Popliteal — R ✓ L ✓
  Pedal — R ✓ L ✓
  Post Tibial — R ✓ L ✓
Other: ___

## NUTRITION/ELIMINATION

Bladder
  Normal — Y ✓ N ___
  Distended — Y ___ N ___
  Incontinent — Y ___ N ___
  Spontaneous Void — Y ___ N ___
Urine
  Color ___ Amount ___ Heme ___
Other: ___

## NEUROLOGICAL FUNCTION

Motor Response
  Obeys Commands — 6 ⓐ
  Localizes Pain — 5
  Withdrawal — 4
  Flexion to Pain — 3
  Extension to Pain — 2
  None — 1
Verbal Response
  Oriented — 5 ⓐ
  Confused — 4
  Inappropriate Words — 3
  Incomprehensible Sounds — 2
  None/Entubated — 1
Eyes Open
  Spontaneously — 4 ⓐ
  To Speech — 3
  To Pain — 2
  None — 1

TOTAL SCORE: 15

Pupil Size
  Small — R
  Medium — R
  Large — R
Pupil Reaction
  Brisk — R
  Sluggish — R
  No Reaction — R

Reflexes Present
  Cough — Y
  Corneal — Y
  Gag — Y
  Blood/CSF Leak — Y
  Ears — R
  Nose — R
  Normal — R

Sensory Response
  Arms — Dull R ___ L ___   Sharp R ✓ L ✓   Deferred ___
         None R ___ L ___
  Legs — Dull R ___ L ___   Sharp R ✓ L ✓
         None R ___ L ___

## MUSCULOSKELETAL

☐ = Normal/Intact
A = Abrasion
E = Ecchymosis
B = Burn
C = Closed/Suspected Fracture
O = Open Fracture
G = Gunshot Wound
L = Laceration
M = Amputation
D = Degloving
P = Pain
V = Avulsion
S = Stabwound
Other: ___

Abdomen
  Distended ___   Rigid ___   Soft ✓   Normal ___
  Guarding ✓     Tenderness ___   Rebound ___
Bowel Sounds ✓
  Normal ✓   Absent ___
  Hypoactive ___   Hyperactive ___
Rectal Bleeding — Y ___ N ___
NG Bleeding — Y ___ N ___
Vomitus — Y ___ N ___
Other: ___

10

Patient Name _____  MR # _____

### Initial Lab Work / Stat

| Time | | |
|---|---|---|
| | ABG #1 | |
| | #2 | |
| | Stat Na, K | |
| | Dexi Stick | |
| | Meter # | |
| 2240 | Trauma Panel | sent |

### Initial Lab Work / Routine

| Time | | |
|---|---|---|
| | CMP | |
| | Heme 8, Diff. | |
| | PT, PTT | |
| | Tox Screen | |
| | T&C #of Units: | |
| | T&S #of Units: | |
| 2240 | Other: | H&H Lactate |

### Radiology & Studies

| Time | Study | |
|---|---|---|
| | Cervical Spine | |
| 1010 | Chest: | Upright / (Flat) |
| | Abdomen: | Upright / Flat |
| | Pelvis | |
| | Skull Series | |
| | Humerus | R / L |
| | Femur | R / L |
| | Radius and Ulna | R / L |

| | | |
|---|---|---|
| | Tibia & Fibula | R / L |
| | Hand | R / L |
| | Foot | R / L |
| | IVP | |
| 2340 | CT Scan Type: | Abd/Pelvis |
| | Arteriogram Type: | |
| | Venogram Type: | |
| | Other: | |

### IV Fluids

| TIME | Site # | Amt. Up | Solution | Blood | Amt. In |
|---|---|---|---|---|---|
| PTA | 1 | 1000 | LR | | 800 |
| 1043 | 2 | 1000 | NS | | 800 |
| 0010 | 2 | 1000 | NS | | |
| | 3 | 1000 | NS | | |
| TOTAL | | | | | |

### Blood

| C=Crossed U=Un-crossed | Time Received | Blood Utilization # Units Received | # Units Given | Time Returned | # Units Returned |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Reaction: Yes ___ No ___ Comments:

### Procedures

| Time | | |
|---|---|---|
| PTA | O₂ Type: | NRB |
| | Pulse Oximeter | |
| | Intubation | Type / Size |
| | Cardiac Monitor | |
| | 12 Lead EKG | |
| PTA | IV's #1 | Site: L AC / Gauge: 16 |
| 1057 | #2 | Site: B forearm / Gauge: 18 |
| 1042 | #3 | Site: B hand / Gauge: 20 |
| | #4 | Site: / Gauge: |
| 1038 | A-line | Site: R femoral / Gauge: 20 NS |
| | Chest Tube | R / L |
| | NG Tube: (size) | |
| | Foley: (size) | |
| | Open Chest | |
| | Aorta Clamped ___ Unclamped ___ | |
| | Peritoneal Lavage: Amt / Results | |
| | Suturing Site #1: | |

### Other

| TIME | R Chest Tube L | Urine | NG Tube | EMESIS | EBL |
|---|---|---|---|---|---|
| | | | | | |
| Total | | | | | |

### Warming Measures

| Initiated | | | Initiated |
|---|---|---|---|
| | Increase Room Temp | Warm O₂ | |
| | Warm Blanket | Warm IV Fluids | |
| | Warming Blanket | Warm Peritoneal Lavage | |
| | Warming Lights | | |

11

Patient Name _____    MR # _____

| Time | T | P | R | BP | Pain Score (0-10) | SaO₂ | ETCO₂ | GCS | MED/DEFIB | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1022 | | | | | | | | 15 | | Pt c/o CHZ s/p arcuss elux ___ 135 hitting ___ hand |
| | | | | | | | | | | Pt AAOx3 |
| 1037 | | 80 | 19/10 | | | 101% | | 15 | | Pt being monitored by EDJ ___ |
| | | | | | | | | | | Pt AAOx3 responds to questions |
| | | | | | | | | | | ___ |
| 1040 | | | | | | | | | 1 dose ___ | Pt talking ___ on ___ |
| | | | | | | | | | | ___ hot line |
| ___ | | | ___ | ___ | | ___ | | 15 | | ___ MFC ___ bedside |
| 1050 | | | | | | | | | | C/o plexeces yelling to D/Brown @ bedside ___ |
| 1105 | | 80 | 17/105 | | | 103% | | 15 | | D/Brown reports necrotic fast- ___ briefied to be knee ___ |
| 0830 | | | | | | | | | | Assumed care of pt. Rec'd report from ___ RN |
| 1205 | | 01 20 | 118/58 | | | | | 15 | | RVS |
| | | 10 | 122 | 125/85 | | ___ | | 15 | | non ? nimbless MD Kodey aware |
| | | | | | | | | | | Pt requests pt. to be moved to Bed 32 while awaiting ___ |
| 2330 | | | | | | | | | | MJCU @ bedside ___ slow ___ |
| 2340 | | | | | | | | | | Pt to CT ___ Pt c/o ___ maintaining ___ pt ___ |
| | | | | | | | | | | Report called to Linda @ on MJCU |
| 0000 | | 10 20 | 89/40 | | | 98% PA | | 15 | Octreotide 50mcg/hr ↑ | ___ NS ___ |
| 0015 | | | | | | | | | | Pt awaiting transport to MJCU - S resting comfortably AAOx3 ___ |

DISPOSITION

| Family | Police | Coroner | Other | Transfer to: MJCU | Time: 0025 |
|---|---|---|---|---|---|
| Time Notified | | | | Admit to: | Time: |

| Belonging List Completed Y☐ N☐ | ☐ Police | Admitting Diagnosis | M.D. Signature: | ID # F1827 | Circulating Nurse Signature: | Initials |
|---|---|---|---|---|---|---|
| ☐ coordinator ☐ family | ☐ Other | | | | | |

# MARYLAND AMBULANCE INFORMATION SYSTEMS
## ADDITIONAL NARRATIVE

PATIENT: Maurice Johnson

ADDRESS: UTO

INCIDENT LOCATION: 301 High St - Baltimore, MD

INCIDENT NUMBER: 125010

DATE: 10/10/07

AGE: 59  RACE: B  SEX: _

CHIEF COMPLAINT: Vomiting Blood & Dizziness

59 y/o BM complained of feeling dizzy. Pt sat down on the floor and began to vomit blood. Upon arrival pt became diaphoretic w/ semi consciousness. Pt only complaint is abdominal pain. Ⓝ trauma

COMMENTS:

Hx Enlarged liver
Rx UTO
Ax NKDA

PERRL ⊖ JVD
= Rise/Fall Lungs ⊕ clear
Tenderness in Abdominal Area
Pt able to move & spontaneous unable to obtain BP
Pt Gnck ⊖ trauma/injury

VITALS: BP- UTO   P- 102   R- 24   SpO2- 96%   Monitor NSR
        BP- 94/66  P- 100   R- 13   SpO2- 99%   Monitor- NSR

Pt placed on 15 LPM O2 NRB. Fluid 18g IV of 750 cc LR.
Monitor confirms NSR. Alerted ER staff at Mercy ER en route to 20M / consult w/

CALL NUMBER: 1134/5726       FORM COMPLETED BY: [signature]  2/5  13



THE JOHNS HOPKINS HOSPITAL

MICU ADMISSION NOTE

Johnson, Maurice Lee
0-120-88-11

Date: 10/11/07   Time: 1:00 am

for addressograph plate

*(transcribed note must be signed)*

PMD: _____

ID: _____

CC: Hematemesis + Syncope

HPI: Pt is 59 y/o M c̄ hx of aorta-fem bypass in 2002 who began c/o crampy abdominal pain in waistband distribution 2 weeks PTA. Lying on his side made pain better + leaning forward made it worse. Pt had episodes 20 minutes after each meal. Emesis was non-bloody. Pt also began c/o lower to sharp back pain c̄ no radiation troubled c̄ sitting or lying down. He presented to a local VA hospital a day PTA where he was told he had inflammation of his liver + was discharged c̄ pain medication. On day of admission, pt had episode of non-bloody, bilious emesis. He subsequently went to rest + got up to play chess. He began c/o lightheadedness + awoke to find EMS resuscitating him. EMS @ the scene. He subsequently had bloody emesis. He was brought to JHH ED for further evaluation.

Contact: _____

Code: _____

Review of Systems:
*Constitutional:*
Fevers, Chills, Night Sweats,
Weight Loss / Gain, Appetite good / poor
Heat / Cold Intolerance
*Neuro:*
Headache, Seizures
Lightheaded, Dizziness,
Syncope, Weakness,
Tremor, Numbness, Tingling
*HEENT:*
Vision change, Diplopia,
Cataracts, Glaucoma, Hearing Loss,
Tinnitus, Sinusitis, Sore Throat
*CV:*
Chest Pain, Palpitations,
Orthopnea, PND, Edema
Claudication,
Exercise Tolerance _____
Gait aids
*Respiratory:*
SOB, Pleuritic Pain,
Wheezing, Cough
Sputum, Hemoptysis
*GI:*
Odynophagia, Dysphagia,
Reflux, Hematemesis
Abdo Pain, N / V / D / C
Melena, BRBPR, Jaundice
LBM _____
*GU:*
Dysuria, Freq _____ Nocturia _____
Urgency, Hesitancy, Incontinence,
Hematuria, LMP _____
*Skin/ Skeletal:*
Rashes, Bruising
Joints Stiff / Pain, LAD
Myalgias
*Psych:*
Depression
Anxiety
Suicidal Ideation

ED Course: BP: 95/60  HR=92  RR=20  O₂=100% RA
Ciprofloxacin 400 mg IV x 1
O. Ctrxhd 50 mcg soln then gtt 50 mg/°
NS x 2L   BP ↑ to 115/92

MICU

 **THE JOHNS HOPKINS HOSPITAL**

**MICU ADMISSION NOTE**



```
n-120-88-11
05/17/1948      B    M
JOHNSON              MAURICE  L
20647667J            10/10/07
```

Date: 10/11/07  Time: 17⁰⁰

*for addressograph plate*

*(transcribed note must be signed)*

**Physical Exam:**
VS: T 9.6  HR 105  BP 128/85  RR 22  SaO2 99% on room air

**General:** ☐ NAD  ☐ WD/WN
Uncomfortable, curved i stool.

**HEENT:** ☐ NC/AT  ☑ PERRL  ☐ EOMI  ☒ sclera anicteric  ☐ MMM  ☐ OP clear

**Neck:** ☐ supple  ☐ no masses/LAD  ☐ JVP not well visualized  ☒ no elevated JVP  ☐ elevated JVP ___ cm ASA  ☐ no carotid bruits

**Chest:** ☐ CTA Bilaterally
↓ BS at LUL.

**Heart:** ☒ RRR  ☒ no m/r/g

**Abd:** ☐ normal BS  ☐ Soft  ☐ NT  ☐ ND  ☐ no organomegaly  ☐ no masses
(+) audible heart beat in mid abdomen, (+) pulsatile mass

**Ext:** ☐ no cyanosis, clubbing, or edema  ☐ cap refill <2s  ☒ 2+ pulses

**GU/Rectal:** ☐ deferred/pt refused  ☐ hemoccult: positive/negative

**Neuro:**  Reflexes:
*Mental Status:* ☐ Alert and Oriented X 3
*Cranial Nerves:* ☐ CN II-XII grossly intact
*Sensation:* ☐ intact to fine touch
*Motor:* ☐ normal bulk and tone
*Coordination:* ☐ grossly normal

**Lab Data:**
MCV=81)  14 > 8.3 / 26 < 212   141 | 106 | 17 / 3.6 | 20 | 1.12 \ 99   8.2 | 6.0 | 0.4 | X / 2.8 | 3 | 79   Mg: 1.9

UA: color: / gluc: / bili: / ket: / prot: / Hg pig: / leu est: / nitr: / sp gr: / pH: / rbc: / wbc: / epis: / bac: / cryst: / Cx:

L M N E B
INR: 1.1   CK:
aPTT/r: 0.9   MB:
Tn:

lactate = 4.9

**EKG:**
**CXR:** Healed fracture posterior left rib 7. Hypodensity of right lung likely related.



**THE JOHNS HOPKINS HOSPITAL**

**MICU ADMISSION NOTE**

MICU

0-120-88-11
05/17/1948    B    M
JOHNSON       MAURICE
206476673     10/10/07

Date: 10/11/0?   Time: 1:50 a

for addressograph plate

*(transcribed note must be signed)*

**Assessment and Plan:**

A: 59 y/o M, [illegible] c̄ h/o [illegible] [illegible] from hypers plus hematemesis.

P:
① GI, GI aware
  – will attempt scope when stable
  – concern for vascular process
    vascular aware
  – Blood transfusion
  – IV hydration.

② CV: monitor BP q 1hr
  – fluids / blood as necessary.

③ Code: Full.

Ani Balmanoukian MD
38625, T4745

| THE JOHNS HOPKINS HOSPITAL DEATHNOTE | D-120-88-11 05/17/1948 B M JOHNSON MAURICE L 206476673 10/10/07 |
|---|---|
| | (for patient ID plate) 10/10/07 |

Date of Death: 10/11/07         Time of Death: 1:36 am
Cause of Death: Upper GI Bleed

Principal Diagnosis (Established after study to be chiefly responsible for admission):

Upper GI bleed

Other Diagnosis:

Principal Procedure: Chest CT, Abdomen/Pelvis CT

Other Procedure: Arterial line, Intubation

Brief Clinical Summary: Pt was a 59 y/o AA ♂ c̄ hx of Aort-fem bypass 2002 who presented to ED after experiencing a syncopal episode at his rehab center while playing chess. Episode was followed by an episode of hematemesis. He was brought to ED where he was given IV fluids. He underwent a chest/abdomen/pelvis CT which showed inflammation around his graft. He was transferred here to m__. Upon arrival, pt began having active, copious amounts of hematemesis. He was intubated for airway protection c/o had ↓ in blood pressure + continued active blood loss.



THE JOHNS HOPKINS HOSPITAL
600 NORTH WOLFE STREET.
BALTIMORE, MD 21287

## OFFICIAL REPORT ON DEATH OF PATIENT



HISTORY NU... 0-120-88-11
NAME: JOHNSON MAURICE L
DATE: 05/17/1944   10/10/07
206476673

IMPRINT WITH PATIENTS PLASTIC PLATE

Directions: Complete 1 AND 2 on every death, (items 3 and/or 4, if applicable)

| Date and Time of Death | Bldg. Floor | Pronouncing Doctor | | ☐ Dead on Arrival (DOA) |
|---|---|---|---|---|
| 10/11/07   0135 | Osler 7 MICU | Dr. Balmanoukian | | |
| ☑ Notify: Admitting Ext. 5-5600 | ☐ Notify: Patient Information Ext. 2-4003 | Fax yellow copy of this form to Quality Improvement immediately at Ext. 5-9156 if any of following apply:<br>☐ Pt. restrained/seclusion at time of death<br>☐ Pt. restrained/seclusion within 24 hrs of death<br>☐ Pt. restrained/seclusion within 7 days, if death related to restraint/seclusion<br><br>Type of restraint: | Family Present<br>☐ YES  ☑ NO<br><br>If YES, name(s):<br><br>Relationship: | Patient's belongings to:<br><br>Family   ☐<br>Security ☐<br>Floor    ☐ |

| Body contains radioactive material?<br>YES ☐   NO ☐<br>SPECIFY: _____<br>Radiation Officer Name: | Release forms attached?<br>YES ☐   NO ☐ | Contagious diseases?<br>YES ☐?   NO ☐<br>SPECIFY: _____ |
|---|---|---|

Admitting Diagnosis: Upper GI Bleed

Cause of Death: Upper GI Bleed

AUTOPSY AUTHORIZATION STATUS:
☐ GIVEN   ☐ BY AUTHORIZATION FORM   ☐ BY TELEGRAM   ☐ OTHER: _____

☐ Patient requested no autopsy (document in record)   ☐ Non viable fetus   ☐ Medical Examiner's case

NAME OF DOCTOR REQUESTING AUTHORIZATION:

| Report through Police Service Desk: (410) 396-2646 | Medical Examiner: (410) 333-3271 | |
|---|---|---|
| Deceased is possible Medical Examiner case:<br>YES ☐   NO ☐ | Reason for reporting to Medical Examiner: | Person reporting case: |
| Disposition:<br>Not an M.E. case ☐   Released on approval ☐   M.E. to pick up ☐<br>Autopsy requested: YES ☐   NO ☐ | | Medical Examiner releasing: |
| Released to the M.E. by: | | Admitting Officer's name: |

Location referred from:

JHH 15-311020 (9/80 Rev. 11/95, 8/98, 3/99, 6/04, 6/07)

22

THE JOHNS HOPKINS HOSPITAL
600 North Wolfe Street, Baltimore, MD 21287
## CONSULTATION REQUEST AND REPORT FORM
TYPE OR PRINT FIRMLY — YOU ARE MAKING THREE COPIES

Referral Date: 10/11/07
TO DR. Kalmar (Consultant)    Anesthesia (Specialty or Clinic)

0-120-88-11
05/17/1948   B   M
JOHNSON
206476673        MAURICE L
                 10/10/07

When Needed?  ☐ < 24 Hrs.;   ☐ 24-72 Hrs.;   ☐ > 72 Hrs.

To be completed by REQUESTING PHYSICIAN:

1. Primary Problem: Inability to protect airway
2. Other Relevant Problems: GI Bleed
   Question to Be Answered: Protect airway

                                                    MICU
(Requesting Physician's Signature)         (Requesting Clinic or Nursing Unit)

CONSULTANT'S FINDINGS

59 y/o AAM c̄ GI Bleed. Transferred from floor to MICU. Hypotensive, team attempting A line & starting pressors. Asked to intubate 2° to pt vomiting blood.

50/30's, Labile, pressors uptitrated.

92% on FM, HR 90's.

Succ 60/60 ÷ ~~Etomidate~~ 10mg Versed 2mg
Intub c̄ MAC4, 8-0 ETT ⒷBS  = ETCO₂ confirmed.

50/35   70's

Sedation / Hemodynamics per 1° team

Provider Signature: [signature]   Dr. AKOS KALNOR (Printed)
Provider ID: 143322   Date: 10/11/07   Time: 07

(If more space is needed for this report, use Consultation Report — Continuation Sheets. Consultant's signature should appear at the end of the report.)

23

CONTINUATION SHEET(S) ATTACHED

Radiology Document for (0-120-88-11) Johnson, Maurice L.                    EPI
Document - THORACIC W/CONTRAST, CT

The Russell H. Morgan Department Of Radiology
          and Radiological Science
   The Johns Hopkins Hospital, Baltimore MD. 21287

JOHNSON, MAURICE

Exam Date: 10/10/2007   23:53   ORD #90002 Accession #5418078
History Number: 4238018
Age: 59Y  Sex: M Race: B
Requester: FREDERICK K KORLEY

RESULT:
THIS REPORT CONTAINS FINDINGS THAT MAY BE CRITICAL TO PATIENT CARE. THIS
REPORT HAS BEEN CHANGED FROM THE PRELIMINARY REPORT IN A WAY THAT MAY
AFFECT TREATMENT.
FLAG: (M)

We note that at the time of this study, the patient is deceased.

FLAG: (C)

History: Syncope.  Hematemesis.

Technique: Axial CT of the chest, abdomen and pelvis performed after the
uneventful administration of intravenous contrast.  Oral contrast was not
administered.

Findings:

CHEST:

Marked bullous disease bilateral lungs, with the area large bulla in the
left upper lobe, measuring 10.5 x 8 .5 cm.  Diffuse emphysema.  No bulky
lymphadenopathy in the chest.  I does allow unremarkable, except for few
subcentimeter normal appearing lymph nodes.  The thoracic aorta is
unremarkable.  No evidence of pericardial effusion.  The central airways
are patent.  The esophagus distally is thickwalled, however the lumen is
under distended.  No evidence of pleural effusion.  Dependent
atelectasis/scarring bilateral lung bases.  Calcified tiny granuloma
right upper lobe.

ABDOMEN:

Patient is status post aortic bifemoral graft.  At the junction of the
superior aspect of the graft in the native aorta, there a is evidence of
focal extravasation of contrast material with high density soft tissue
surrounding the graft in this region, compatible with hematoma and active
extravasation.  The graft is patent.  On image number 83/133, linear high
density material is seen with in the third portion of the duodenum,
compatible with blood, and highly suspicious for an aorto-enteric fistula.

The liver, gallbladder, spleen, adrenal glands and kidneys are

Radiology Document for (0-120-88-11) Johnson, Maurice L.                              EPR
Document - THORACIC W/CONTRAST, CT

unremarkable. A subcentimeter para-aortic lymph nodes are noted. The
IVC appears somewhat attenuated in size, compatible with hypovolemia.
Portal vein, splenic vein and superior mesenteric vein are patent. Very
mild periportal edema is noted. Small bowel is otherwise unremarkable.
No evidence of intraperitoneal hemorrhage. Ill-defined high density
material is seen in the cecum ascending colon, possibly blood. Colon is
otherwise unremarkable.

PELVIS:

The pelvis is unremarkable, with bladder, prostate gland, seminal
vesicles and rectum unremarkable. A right femoral catheter is inserted
with tip in right external iliac vein.


IMPRESSION:

1. Patient is status post aortic bifemoral graft. In the region of the
superior aspect of the graft and the native aorta, there is evidence of
focal contrast extravasation and perigraft hematoma. There is evidence
of fistulous connection between the aortic graft and third portion of the
duodenum, with minimal amount of blood seen within the lumen of the
duodenum. We note that at the time of dictation, the patient is
deceased.

2. Marked bullous emphysema as described above.

3. Ill-defined high density material in proximal colon, possibly blood.


..:Updated Oct 11 2007  1:59P---

AIMEE MACEDA M.D.

KAREN HORTON M.D.

IMAGES AND INTERPRETATION PERSONALLY REVIEWED BY:

KAREN HORTON M.D.

| The Johns Hopkins Hospital | 0-120-88-11 |
|---|---|
| 600 N Wolfe St<br>Phipps B160<br>Baltimore MD 21287 | Johnson, Maurice<br>05 17, 1948    M |
| Multidisciplinary Notes | 00 00, 1801 |

From: 11-Oct-2007 at 00:26
To: 11-Oct-2007 at 03:39

**Progress Notes**

| 10/11 2007 | 00:41 | Admit Note | Linda Adorador, RN |
|---|---|---|---|

Pt. admitted to ICU room 4 from the ER due to hematemesis. Arrived via stretcher accompanied by RN and MD, no supplemental O2 in place, and functional cardiac monitoring in place. Connected to unit monitoring without difficulty, waveforms acceptable, values correlated with transporting team. Alert and oriented. Patient vomiting large amount of blood en route to unit and while transferred to MICU bed. Patient had Dopamine, NS and Octreotide infusing from ER. Right after patient was transferred to bed patient had another episode of vomiting large amount of bright red blood with clots. Patient was cold and clammy, pale and suddenly barely breathing. Patient was bagged, code was called. Dr. Balmanoukian, Dr Aksoy and MICU staff was at the bedside. Anesthesia team was called for immediate intubation. Patient had more episodes of vomiting large amount of bright red blood. Multiple attempts for line insertion failed. Unable to thread cannula. Attempt by Dr. Aksoy to put in another cordis failed as well. Patient got intubated with a French 8 by anesthesia team. Succinylcholine, Versed and Etomidate given during intubation. Bilateral breathsounds confirmed by ETCO. Code continued. Please see flowsheet for details.

| | 01:56 | Respiratory therapy note | Kendra A. Feggins, RRT |
|---|---|---|---|

Pt admitted from the ED, Code inititated due to pt vomiting blood. Bag mask ventilation started by RN. spo2 100%. Switched to 100% NRB mask. Pt again vomited blood, decision per MD to intubate for airway protection, Pt intubated by anestheshia with #8.0 Ett tube placement at 24cm right teeth. Confirmed by bilateral breath sounds and positive ETCO2. Pt became and hypotensive and went into V-tach arrest. CPR initiated and code drugs given per RN. Pt pronounced at 0135. see resp flowsheet for further details.
Corrected

| | | Respiratory therapy note | Kendra A. Feggins, RRT |
|---|---|---|---|

Pt admitted from the ED, Code inititated due to pt vomiting blood. Bag mask ventilation started by RN. spo2 100%. Switched to 100% NRB mask. Pt again vomited blood, decision per MD to intubate for airway protection, Pt intubated by anestheshia with #8.0 Ett tube placement at 24cm right teeth. Confirmed by bilateral breath sounds and positive ETCO2. Pt became and hypotensive and went into arrest. CPR initiated and code drugs given per RN. Pt pronounced at 0135. see resp flowsheet for further details.

| | 02:26 | Death Note | Rebecca J. Piotrowski, RN |
|---|---|---|---|

Time of Death: 0135
Pronounced by: Dr. Ani Balmanoukian

Family unable to be located at this time.

Living Legacy/Maryland Donor Referral Line: Called and is now considered a potential donor. Spoke with Kenja Coleman and Referral # is: 10112007-007.

Personal effects to Patient Care Representative.

Valuables/currency