## THE JOHNS HOPKINS HOSPITAL

MAURICE LEE JOHNSON 

"AUTOPSY REPORT"
10/12/07

Rcd: 04/03/08





# PROVISIONAL AUTOPSY DIAGNOSIS

THE JOHNS HOPKINS HOSPITAL
600 N. Wolfe Street
Baltimore, Md. 21287-8048
410-955-3510

Autopsy # 53370    JOHNSON, MAURICE LEE           Born: 05/17/1948 ( 59

JHH MR # 0-120-88-11  Service: PULMONARY [JHH]                Loc: MIC

Admitted 10/10/07   Died 10/11/07 @ 01:35 am   Autopsied 10/12/07 @ 09:0

Autopsy type: COMPLETE          Autopsy interval 31 hrs.

Prosector: BRENT A. ORR, M.D.        Charge: BRENT A. ORR, M.D.

Attending Pathologist: LORRAINE C. RACUSEN, M.D.
------------------------------------------------------------

PROVISIONAL DIAGNOSIS STILL SUBJECT TO CHANGE!
First Entered 10/17/2007  Last updated  ???

H/O: Aortic aneurysm status post repair with graft (2002); presentation
to an outside hospital after a several week history of crampy
mid-epigastric abdominal pain, sharp lower back pain, nausea, and
vomiting (10/9/2007); discharged home on anti-inflammatory
medications (10/9/07); episode of non-bloody, bilious vomiting and
syncope several hours later (10/10/2007); brought to The Johns
Hopkins Hospital Emergency Room with hypotension (blood pressure:
95/60); CT scan: peri-aortic soft tissue thickening, active
extravasation along superior portion of aortic graft, and
intravenous contrast material in duodenum suggestive of
aorto-enteric fistula; despite resuscitation, patient became more
hypotensive; onset of frank hematemesis (approximately 2 liters);
cardiac arrest with initiation of cardiopulmonary resuscitation;
patient expired (10/11/2007, 1:35 am).

A/D:
Fistula, distal aorta and third portion duodenum.
Status post abdominal aortic aneurysm repair, with aorto-femoral graft
    with very focal dehiscence along upper margin and extravasation of
    blood beneath the graft.
Intraluminal blood, stomach.
Clotted blood, small and large bowel.
Scar (2mm), apex, left ventricle.
Polyp (2mm x 2 mm), cecum.
Diverticuli, sigmoid colon.
Bullae, upper lobes, lungs.

CAUSE OF DEATH:
Part I:
a) Hematemesis
b) Aorto-enteric fistula
c) Status post aortic aneurysm repair

(Continued on next page)

# PROVISIONAL AUTOPSY DIAGNOSIS
THE JOHNS HOPKINS HOSPITAL                              Page 2

Autopsy # 53370    JOHNSON,MAURICE LEE           Born: 05/17/1948 ( 59 - BM )

JHH MR # 0-120-88-11   Service: PULMONARY [JHH]           Loc: MICU7
------------------------------------------------------------------------

CPC: Mr. Maurice Johnson was a 59-year-old African American man with a past medical history of an aortic aneurysm, status post repair with synthetic graft material at an outside hospital in 2002. The patient began having mid-epigastric pain with nausea and vomiting starting two weeks prior to admission. One week prior to admission, he experienced sharp left lower back pain. On the day of admission, the patient had one episode of bilious non-bloody emesis, lightheadedness, and subsequent loss of consciousness. The patient was brought to The Johns Hopkins Hospital Emergency Room, where he was found to be hypotensive with a blood pressure of 95/60. A CT scan demonstrated peri-aortic soft tissue thickening, active extravasation of contrast along the superior portion of the aortic graft, and intravenous contrast material within the duodenum, suggestive of an aorto-enteric fistula. The patient was resuscitated with fluids, but became more hypotensive; he then experienced the onset of frank hematemesis (approximately 2 liters). He went into cardiac arrest and expired at 1:35 am on October 11, 2007, despite cardiopulmonary resuscitation.

A complete autopsy was performed with the permission of the daughter approximately 31 hours after death.

The external examination revealed a well-developed African-American male, identified by a right wrist band. He had a healed midline abdominal incision. Autopsy findings were most significant for a small dehiscence at the superior portion of the aortic graft. The suture in this area was intact but loose, apparently allowing extravasation of blood into the anterior peri-aortic soft tissue and causing a large hematoma. The third portion of the duodenum directly overlay this area, and was remarkable for multiple mural defects, the largest of which measured approximately 3.5 cm. These defects directly communicated with the hematoma along the anterior part of the aortic graft. The defects in the duodenal wall also appeared to correspond to several free tails of suture material that may have caused the erosions. Approximately 800 cc of blood was identified in the stomach, and multiple large clots were seen in the small and large intestines.

Other significant findings included a pedunculated polyp measuring 2 x 2 mm in the cecum and multiple diverticula in the sigmoid colon. Additionally, examination of the lung parenchyma revealed diffuse anthracotic pigment and multiple large bullae, primarily involving the bilateral upper lobes. The heart weighed 306 g (reference range 270-360g) and did not have any significant atherosclerosis. A 2 mm area of apical fibrosis was identified in the left ventricle. The

(Continued on next page)

# PROVISIONAL AUTOPSY DIAGNOSIS
THE JOHNS HOPKINS HOSPITAL          Page 3

Autopsy # 53370    JOHNSON, MAURICE LEE          Born: 05/17/1948 ( 59 - BM )

JHH MR # 0-120-88-11   Service: PULMONARY [JHH]          Loc: MICU7
------------------------------------------------------------------------
    remaining organs were grossly unremarkable.

In summary, this was a 59-year-old man with a history of an aortic
    aneurysm status post repair in 2002. After a several week history
    of abdominal pain, the patient became hypotensive and experienced
    frank hematemesis. He expired on October 11, 2007. Autopsy findings
    were most significant for partial dehiscence of the aortic graft,
    causing a large hematoma that communicated with multiple defects in
    the duodenum. The final anatomic diagnoses and cause of death are
    pending microscopic examination of the organs and brain. The
    provisional cause of death is hematemesis due to an aorto-enteric
    fistula, status post aortic aneurysm repair.

Note:  Please call Dr. Orr or Dr. Orr at 955-3980 regarding
       particular items you feel warrant further clarification.

/prw                                              printed 10/18/2007

```
A53370    JOHNSON,MAURICE LEE                BORN: 05/17/1948 ( 59 - BM )
JHH MR # 0-120-88-11         LOC: MICU7      SERV: PULMONARY
ADMITTED 10/10/2007                          DIED 10/11/2007 @ 01:35 am
AUTOPSIED 10/12/2007 @ 09:00 am              AUTOPSY INTERVAL 31 hrs.
```
------------------------------------------------------------------------

Autopsy Type: COMPLETE
Prosector: BRENT A. ORR, M.D.          Charge: BRENT A. ORR, M.D.
Attending Pathologist: LORRAINE C. RACUSEN, M.D.
Consultants: JOHN K. BOITNOTT, M.D.; JUAN C. TRONCOSO, M.D.

### AUTOPSY DIAGNOSIS

H/O: Aortic aneurysm status post repair with graft (2002); presentation to an outside hospital after a several week history of crampy mid-epigastric abdominal pain, sharp lower back pain, nausea, and vomiting (10/9/2007); discharged home on anti-inflammatory medications (10/9/07); episode of non-bloody, bilious vomiting and syncope several hours later (10/10/2007); brought to The Johns Hopkins Hospital Emergency Room with hypotension (blood pressure: 95/60); CT scan: peri-aortic soft tissue thickening, active extravasation along superior portion of aortic graft, and intravenous contrast material in duodenum suggestive of aortoenteric fistula; despite resuscitation, patient became more hypotensive; onset of frank hematemesis (approximately 2 liters); cardiac arrest with initiation of cardiopulmonary resuscitation; patient expired (10/11/2007, 1:35 a.m.).

A/D:
Fistula, distal aorta and third portion duodenum.
Status post abdominal aortic aneurysm repair, with aorto-femoral graft with very focal dehiscence along upper margin and extravasation of blood beneath the graft.
Intraluminal blood (800 cc), stomach.
Clotted blood, small and large bowel.
Scar (2 mm), apex, left ventricle.
Hyperplastic polyp (2 mm x 2 mm), cecum.
Diverticuli, sigmoid colon.
Bullae, upper lobes, lungs.
Anthracosis, congestion, and intra-alveolar hemorrhage, left upper lobe, lung.
Focal glomerulosclerosis, zonal fibrosis, and hypertensive vascular disease, kidneys.
Mild periportal inflammation, liver.
Perivascular hyalinization, spleen.

CAUSE OF DEATH:
Part I:
a) Hematemesis
b) Aortoenteric fistula
c) Status post aortic aneurysm repair

### FINAL CONFERENCE NOTE

Mr. Maurice Johnson was a 59-year-old African-American man with a past medical history of an aortic aneurysm, status post repair with synthetic graft material at an outside hospital in 2002. The patient began having mid-epigastric pain with nausea and vomiting starting two weeks prior to admission. One week prior to admission, he experienced sharp left lower back pain. On the day of admission, the patient had one episode of bilious non-bloody emesis, lightheadedness, and subsequent loss of consciousness. The patient was brought to The Johns Hopkins Hospital Emergency Room, where he was found to be hypotensive with a

blood pressure of 95/60. A CT scan demonstrated peri-aortic soft tissue thickening, active extravasation of contrast along the superior portion of the aortic graft, and intravenous contrast material within the duodenum, suggestive of an aortoenteric fistula. The patient was resuscitated with fluids, but became more hypotensive; he then experienced the onset of frank hematemesis (approximately 2 liters). He went into cardiac arrest and expired at 1:35 a.m. on October 11, 2007, despite cardiopulmonary resuscitation.

A complete autopsy was performed with the permission of the daughter approximately 31 hours after death.

The external examination revealed a well-developed African-American male, identified by a right wrist band. He had a healed midline abdominal incision. Autopsy findings were most significant for a small dehiscence at the superior portion of the aortic graft. The suture in this area was intact but loose, apparently allowing extravasation of blood into the anterior peri-aortic soft tissue and causing a large hematoma. The third portion of the duodenum directly overlay this area, and was remarkable for multiple mural defects, the largest of which measured approximately 3.5 cm. These defects directly communicated with the hematoma along the anterior part of the aortic graft. The defects in the duodenal wall also appeared to correspond to several free tails of suture material that may have caused the erosions. Approximately 800 cc of blood was identified in the stomach, and multiple large clots were seen in the small and large intestines. Microscopic examination of the small bowel was unremarkable.

Gross examination of the large bowel revealed a pedunculated polyp measuring 2 x 2 mm in the cecum which was found to be a hyperplastic polyp on microscopy. Additionally, multiple diverticuli were grossly identified in the sigmoid colon. This finding was confirmed by microscopy.

Examination of the lung parenchyma revealed diffuse anthracotic pigment and multiple large bullae, primarily involving the bilateral upper lobes. Microscopic evaluation of the lung revealed mild septal inflammation in the left upper lobe. The left lower lobe showed focal anthracosis, congestion and intralveolar hemorrhage. Prominent hemosiderin laden macrophages were present in all lobes.

The heart weighed 306 g (reference range 270-360 g) and had no significant atherosclerosis. A 2 mm area of apical fibrosis identified grossly in the left apex of the left ventricle had the microscopic appearance of an old scar.

Although the kidney appeared grossly unremarkable, microscopic evaluation revealed evidence of tubular drop out with retention of the glomeruli. There was focal sclerosis of the glomeruli, glomerular hypertrophy, and zonal cortical fibrosis. The renal vasculature exhibited fibrointimal thickening with reduplication of the elastica. Taken together the microscopic findings were consistent with mild to moderate vascular disease of the kidney, such as would be seen with chronic hypertension.

Gross examination of the liver was unremarkable; however, microscopically there was evidence of mild periportal inflammation and dilatation of the biliary ducts. The differential diagnosis of this finding would include viral hepatitis.

Gross examination of the spleen was unremarkable; however,

microscopic evaluation of splenic parenchyma revealed perivascular hyalinization. The etiology of this finding is unknown.

The remaining organs were grossly and microscopically unremarkable.

In summary, this was a 59-year-old man with a history of an aortic aneurysm status post repair in 2002. After a several week history of abdominal pain, the patient became hypotensive and experienced frank hematemesis. He expired on October 11, 2007. Autopsy findings were most significant for partial dehiscence of the aortic graft, causing a large hematoma that communicated with multiple defects in the duodenum. The cause of death is hematemesis secondary to aortoenteric fistula status post abdominal aortic abdomen repair.

Fistulas into the gastrointestinal system can be divided into primary and secondary aortoenteric fistulas. Primary aortoenteric fistulas are very rare with less than 250 reported cases, and generally arise in the setting of an abdominal aortic aneurysm that ruptures into the gastrointestinal tract. By far the most common cause of aortoenteric fistulas are the secondary form in which, following graft repair, the prosthesis or surrounding tissue erodes into the bowel wall. In fact, the fistulization into the bowel is estimated to occur as a postoperative complication in 0.5-2.5% of all abdominal aortic aneurysm repairs. Secondary aortoenteric fistula can be further subdivided into two major divisions, Type I and Type II. In Type I secondary aortoenteric fistula there is a direct connection between the aorta and the gastrointestinal tract near a suture line, whereas, in Type II secondary aortoenteric fistulas the associated defect is between the bowel and the perigraft soft tissue. In the current case, the patient seemed to have a mixed defect. The primary defect included the hematoma in the perigraft soft tissue connected directly to the third portion of the duodenum. However, direct extravasation of blood from the proximal suture line could not be ruled out.

The most common location for the formation of aortoenteric fistulas is the third portion of the duodenum (80%), followed by the fourth portion of the duodenum, the jejunum, and ileum, respectively. The time of onset of secondary aortoenteric fistula is variable, and has been reported to occur as early as 2 weeks or as late as 10 years. The primary risk factors for developing secondary aortic enteric fistulas include, infection, inflammation (including inflammatory bowel disease), mechanical factors (e.g. sutures material or graft displacement), and type of suture utilized. The most common clinical presentation of aortoenteric fistula is an episode of herald bleeding. Generally, bleeding events present as melena, but some patients present with a combination of hematemesis and melena. Other clinical features associated with the presence of an aortoenteric fistula include hemorrhagic shock, abdominal pain radiating to the back, fever, chills, and leukocytosis.

The diagnosis of aortoenteric fistula is made primarily on clinical grounds with a thorough history and physical. In particular, the history of previous abdominal aortic aneurysm repair should raise the level of clinical suspicion. CT scan can aid the diagnosis of aortoenteric fistula in some cases, either allowing for direct visualization of the fistula or by revealing extravasation of contrast into the bowel.

REFERENCES:

1) Busuttil SJ, Goldstone J. Diagnosis and management of aortoenteric fistulas. Sem Vasc Surg. 2001 14(4): 302-311.

2) Ruby BJ, Cogbill TH. Aorticduodenal fistula 5 years after endovascular abdominal aortic aneurysm with Ancure stent graft. J Vasc Surg. 2007. 45(4):834-836.

3) Katsinelos P, Paroutoglou G, Papaziogas B, Beltsis A, Mimidis K, Pilpilidis I, Tsolkas P, Soufleris K, Vradelis S, Koutelidakis I. Secondary aortoduodenal fistula with a fatal outcome: report of six cases. Surg Today. 2005.35(8):677-681.

4) Yabu M, Himeno S, Kanayama Y, Furubayashi T, Kiriyama K, Nagasawa Y, Takakura R, Katata T, Iwao N, Orino A. Secondary aortoduodenal fistula complicating aortic grafting, as a cause of intermittent chronic intestinal bleeding. Intern Med. 1998 Jan;37(1):47-50.

5) Goshtasby P, Henriksen D, Lynd C, Fielding LP. Recurrent aortoenteric fistula: case report and review. Curr Surg. 2005 Nov-Dec;62(6):638-43.

Note: This note provides information pertaining only to a specific event. A more detailed medical history is available in the Medical Record.

Johnson, Maurice L. (0-120-88-11)            FINAL DOCUMENT                    Printed: 02/08/2008

```
                        FINAL CONFERENCE NOTE
            LORRAINE C. RACUSEN, M.D. (BRENT A. ORR, M.D.)
                             11/28/2007
```

Autopsy # 53370     JOHNSON, MAURICE LEE          Born: 05/17/1948 ( 59 - BM )

JHH MR # 0-120-88-11   Service: PULMONARY [JHH]                  Loc: MICU7

Autopsied 10/12/2007 @ 09:00 am              Died 10/11/2007 @ 01:35 am

Autopsy type: COMPLETE              Prosector: BRENT A. ORR, M.D.

Attending Pathologist: LORRAINE C. RACUSEN, M.D.
----------------------------------------------------------------------

    Mr. Maurice Johnson was a 59-year-old African-American man with a past medical history of an aortic aneurysm, status post repair with synthetic graft material at an outside hospital in 2002. The patient began having mid-epigastric pain with nausea and vomiting starting two weeks prior to admission. One week prior to admission, he experienced sharp left lower back pain. On the day of admission, the patient had one episode of bilious non-bloody emesis, lightheadedness, and subsequent loss of consciousness. The patient was brought to The Johns Hopkins Hospital Emergency Room, where he was found to be hypotensive with a blood pressure of 95/60. A CT scan demonstrated peri-aortic soft tissue thickening, active extravasation of contrast along the superior portion of the aortic graft, and intravenous contrast material within the duodenum, suggestive of an aortoenteric fistula. The patient was resuscitated with fluids, but became more hypotensive; he then experienced the onset of frank hematemesis (approximately 2 liters). He went into cardiac arrest and expired at 1:35 a.m. on October 11, 2007, despite cardiopulmonary resuscitation.

    A complete autopsy was performed with the permission of the daughter approximately 31 hours after death.

    The external examination revealed a well-developed African-American male, identified by a right wrist band. He had a healed midline abdominal incision. Autopsy findings were most significant for a small dehiscence at the superior portion of the aortic graft. The suture in this area was intact but loose, apparently allowing extravasation of blood into the anterior peri-aortic soft tissue and causing a large hematoma. The third portion of the duodenum directly overlay this area, and was remarkable for multiple mural defects, the largest of which measured approximately 3.5 cm. These defects directly communicated with the hematoma along the anterior part of the aortic graft. The defects in the duodenal wall also appeared to correspond to several free tails of suture material that may have caused the erosions. Approximately 800 cc of blood was identified in the stomach, and multiple large clots were seen in the small and large intestines. Microscopic examination of the small bowel was unremarkable.

(Continued on next page)

```
                      FINAL CONFERENCE NOTE                          Page 2
            LORRAINE C. RACUSEN, M.D. (BRENT A. ORR, M.D.)

Autopsy # 53370    JOHNSON, MAURICE LEE         Born: 05/17/1948 ( 59 - BM )

JHH MR # 0-120-88-11  Service: PULMONARY [JHH]              Loc: MICU7
```

Gross examination of the large bowel revealed a pedunculated polyp measuring 2 x 2 mm in the cecum which was found to be a hyperplastic polyp on microscopy. Additionally, multiple diverticuli were grossly identified in the sigmoid colon. This finding was confirmed by microscopy.

Examination of the lung parenchyma revealed diffuse anthracotic pigment and multiple large bullae, primarily involving the bilateral upper lobes. Microscopic evaluation of the lung revealed mild septal inflammation in the left upper lobe. The left lower lobe showed focal anthracosis, congestion and intralveolar hemorrhage. Prominent hemosiderin laden macrophages were present in all lobes.

The heart weighed 306 g (reference range 270-360 g) and had no significant atherosclerosis. A 2 mm area of apical fibrosis identified grossly in the left apex of the left ventricle had the microscopic appearance of an old scar.

Although the kidney appeared grossly unremarkable, microscopic evaluation revealed evidence of tubular drop out with retention of the glomeruli. There was focal sclerosis of the glomeruli, glomerular hypertrophy, and zonal cortical fibrosis. The renal vasculature exhibited fibrointimal thickening with reduplication of the elastica. Taken together the microscopic findings were consistent with mild to moderate vascular disease of the kidney, such as would be seen with chronic hypertension.

Gross examination of the liver was unremarkable; however, microscopically there was evidence of mild periportal inflammation and dilatation of the biliary ducts. The differential diagnosis of this finding would include viral hepatitis.

Gross examination of the spleen was unremarkable; however, microscopic evaluation of splenic parenchyma revealed perivascular hyalinization. The etiology of this finding is unknown.

The remaining organs were grossly and microscopically unremarkable.

In summary, this was a 59-year-old man with a history of an aortic aneurysm status post repair in 2002. After a several week history of abdominal pain, the patient became hypotensive and experienced frank hematemesis. He expired on October 11, 2007. Autopsy findings were most significant for partial dehiscence of the aortic graft, causing a large hematoma that communicated with multiple defects in the duodenum. The cause of death is hematemesis secondary to aortoenteric fistula status post abdominal aortic abdomen repair.

(Continued on next page)

```
                    FINAL CONFERENCE NOTE                       Page 3
         LORRAINE C. RACUSEN, M.D. (BRENT A. ORR, M.D.)
```

Autopsy # 53370    JOHNSON,MAURICE LEE            Born: 05/17/1948 ( 59 - BM )

JHH MR # 0-120-88-11   Service: PULMONARY (JHH)              Loc: MICU7
------------------------------------------------------------------------

     Fistulas into the gastrointestinal system can be divided into primary and secondary aortoenteric fistulas. Primary aortoenteric fistulas are very rare with less than 250 reported cases, and generally arise in the setting of an abdominal aortic aneurysm that ruptures into the gastrointestinal tract. By far the most common cause of aortoenteric fistulas are the secondary form in which, following graft repair, the prosthesis or surrounding tissue erodes into the bowel wall. In fact, the fistulization into the bowel is estimated to occur as a postoperative complication in 0.5-2.5% of all abdominal aortic aneurysm repairs. Secondary aortoenteric fistula can be further subdivided into two major divisions, Type I and Type II. In Type I secondary aortoenteric fistula there is a direct connection between the aorta and the gastrointestinal tract near a suture line, whereas, in Type II secondary aortoenteric fistulas the associated defect is between the bowel and the perigraft soft tissue. In the current case, the patient seemed to have a mixed defect. The primary defect included the hematoma in the perigraft soft tissue connected directly to the third portion of the duodenum. However, direct extravasation of blood from the proximal suture line could not be ruled out.

     The most common location for the formation of aortoenteric fistulas is the third portion of the duodenum (80%), followed by the fourth portion of the duodenum, the jejunum, and ileum, respectively. The time of onset of secondary aortoenteric fistula is variable, and has been reported to occur as early as 2 weeks or as late as 10 years. The primary risk factors for developing secondary aortic enteric fistulas include, infection, inflammation (including inflammatory bowel disease), mechanical factors (e.g. sutures material or graft displacement), and type of suture utilized. The most common clinical presentation of aortoenteric fistula is an episode of herald bleeding. Generally, bleeding events present as melena, but some patients present with a combination of hematemesis and melena. Other clinical features associated with the presence of an aortoenteric fistula include hemorrhagic shock, abdominal pain radiating to the back, fever, chills, and leukocytosis.

     The diagnosis of aortoenteric fistula is made primarily on clinical grounds with a thorough history and physical. In particular, the history of previous abdominal aortic aneurysm repair should raise the level of clinical suspicion. CT scan can aid the diagnosis of aortoenteric fistula in some cases, either allowing for direct visualization of the fistula or by revealing extravasation of contrast into the bowel.

(Continued on next page)

```
                    FINAL CONFERENCE NOTE                          Page 4
         LORRAINE C. RACUSEN, M.D. (BRENT A. ORR, M.D.)

Autopsy # 53370    JOHNSON,MAURICE LEE         Born: 05/17/1948 ( 59 - BM )

JHH MR # 0-120-88-11  Service: PULMONARY [JHH]              Loc: MICU7
------------------------------------------------------------------------
```

REFERENCES:
1) Busuttil SJ, Goldstone J. Diagnosis and management of aortoenteric fistulas. Sem Vasc Surg. 2001 14(4): 302-311.

2) Ruby BJ, Cogbill TH. Aorticduodenal fistula 5 years after endovascular abdominal aortic aneurysm with Ancure stent graft. J Vasc Surg. 2007. 45(4):834-836.

3) Katsinelos P, Paroutoglou G, Papaziogas B, Beltsis A, Mimidis K, Pilpilidis I, Tsolkas P, Soufleris K, Vradelis S, Koutelidakis I. Secondary aortoduodenal fistula with a fatal outcome: report of six cases. Surg Today. 2005.35(8):677-681.

4) Yabu M, Himeno S, Kanayama Y, Furubayashi T, Kiriyama K, Nagasawa Y, Takakura R, Katata T, Iwao N, Orino A. Secondary aortoduodenal fistula complicating aortic grafting, as a cause of intermittent chronic intestinal bleeding. Intern Med. 1998 Jan;37(1):47-50.

5) Goshtasby P, Henriksen D, Lynd C, Fielding LP. Recurrent aortoenteric fistula: case report and review. Curr Surg. 2005 Nov-Dec;62(6):638-43.

/sxs                                             printed 02/06/2008

## AUTOPSY DIAGNOSIS

THE JOHNS HOPKINS HOSPITAL                                11/28/2007
600 N. Wolfe Street
Baltimore, Md. 21287-8048
410-955-3510

Autopsy# AS3370   JOHNSON, MAURICE LEE          Born: 05/17/1948  ( 59 - BM )

JHH MR # 0-120-88-11         Service: PULMONARY [JHH]      Loc: MICU7

Admitted 10/10/2007                         Died 10/11/2007 @ 01:35 am

Autopsied 10/12/2007 @ 09:00 am             Autopsy interval 31 hrs.
Type: COMPLETE

Prosector: BRENT A. ORR, M.D.               Charge: BRENT A. ORR, M.D.

Attending Pathologist: LORRAINE C. RACUSEN, M.D.

Consultants: JOHN K. BOITNOTT, M.D.; JUAN C. TRONCOSO, M.D.
-------------------------------------------------------------------------

H/O: Aortic aneurysm status post repair with graft (2002); presentation
     to an outside hospital after a several week history of crampy
     mid-epigastric abdominal pain, sharp lower back pain, nausea, and
     vomiting (10/9/2007); discharged home on anti-inflammatory
     medications (10/9/07); episode of non-bloody, bilious vomiting and
     syncope several hours later (10/10/2007); brought to The Johns
     Hopkins Hospital Emergency Room with hypotension (blood pressure:
     95/60); CT scan: peri-aortic soft tissue thickening, active
     extravasation along superior portion of aortic graft, and
     intravenous contrast material in duodenum suggestive of aortoenteric
     fistula; despite resuscitation, patient became more hypotensive;
     onset of frank hematemesis (approximately 2 liters); cardiac arrest
     with initiation of cardiopulmonary resuscitation; patient expired
     (10/11/2007, 1:35 a.m.).

A/D:
Fistula, distal aorta and third portion duodenum.
Status post abdominal aortic aneurysm repair, with aorto-femoral graft
     with very focal dehiscence along upper margin and extravasation of
     blood beneath the graft.
Intraluminal blood (800 cc), stomach.
Clotted blood, small and large bowel.
Scar (2 mm), apex, left ventricle.
Hyperplastic polyp (2 mm x 2 mm), cecum.
Diverticuli, sigmoid colon.
Bullae, upper lobes, lungs.
Anthracosis, congestion, and intra-alveolar hemorrhage, left upper lobe,
     lung.
Focal glomerulosclerosis, zonal fibrosis, and hypertensive vascular
     disease, kidneys.
Mild periportal inflammation, liver.

(Continued on next page)

# AUTOPSY DIAGNOSIS
## THE JOHNS HOPKINS HOSPITAL

Page 2

Autopsy# A53370    JOHNSON,MAURICE LEE         Born: 05/17/1948 ( 59 - BM )

JHH MR # 0-120-88-11         Service: PULMONARY [JHH]      Loc: MICU7
-------------------------------------------------------------------------
Perivascular hyalinization, spleen.

CAUSE OF DEATH:
Part I:
a) Hematemesis
b) Aortoenteric fistula
c) Status post aortic aneurysm repair

Note: This list of diagnoses supersedes any previous verbal or written
      communication.

/sxs                                              printed 02/06/2008