Gary B. Witman, MD
235 Promenade Street
Suite 105
Providence, RI 02908
TEL (401) 454-1800
FAX (401) 274-8201
e-mail gary.witman@mimcorp.org

May 10, 2008

Nancy Morlock, RN
Nursing Coordinator
Salsbury, Clements, Bekman, Marder & Adkins, LLC
300 West Pratt Street
Suite 450
Baltimore, MD 21201

Re: Maurice Johnson
DOB 5/17/48
DOD 10/11/07

Maurice Johnson expired from hypovolemia due to extravasation of blood from the posterior wall of the upper abdominal wall aortic graft eroding into the third portion of the duodenum. This event occurred some 5 years after he had obtained an aorto-bifemoral bypass graft using a prosthetic polytetrafluoroethylene (PTFE) conduit.

**Clinical Presentation**

His past medical history was significant for heavy alcohol intake and a 15-30 pack year cigarette intake prior to 2002 when complications from his atherosclerotic vascular disease led to his giving up alcohol and dramatically cutting down on his smoking habit. He presented in July, 2002 to the Baltimore Veterans Administration Medical Center with a cool, painful left foot which awoke him in the middle of the night and led to progressive tingling and pain of the extremity. He was diagnosed with an acute aortic occlusion and left lower extremity ischemia. Aortography demonstrated a complete occlusion of the infrarenal aorta with reconstitution of the distal left external iliac to the left popliteal artery. A complication of the aortography procedure was an axillary bleed at the site of the arteriogram puncture site. As the left popliteal artery was also occluded this patient was given a bypass graft as well as left popliteal thrombectomy. On July 15, 2002 he had an aorto-bifemoral bypass along with removal of atheromatous plaque and a mural thrombus from the aorta.

His vascular bypass was evaluated in January, 2006 when CT scan of the chest, abdomen and pelvis were performed using intravenous enhanced contrast. At this time Mr. Johnson was evaluated for a possible aortic dissection. His complaints were of left pectoral chest pain, with a throbbing lasting for seconds at most and while these pains had been present

1


PLAINTIFF'S EXHIBIT 11

over the past 6 months they were worse in the previous week. There was a complaint of chronic dyspnea on exertion, although there was no associated shortness of breath along with the chest discomfort.

CT imaging revealed that the abdominal aorta and its major branches were normal in caliber and configuration with no evidence of aneurysm or dissection. All major mesenteric vessels including the celiac axis, superior mesenteric artery and bilateral renal arteries were patent. Metallic clips were seen to be surrounding the posterior aspect of the abdominal aorta distally and at the level of the aortic bifurcation. Both iliac arteries were widely patent and perfused normally and drained into the femoral arteries bilaterally below the inguinal ligaments. Upon examination of the lungs it was noted that there were large left upper lobe bulla with multiple lobules exerting pressure on the mediastinum causing compression of both the right and left ventricles of the heart. Radiographically there was no evidence of aortic dissection nor aneurysm. Note was made of the aorto-femoral bypass graft performed 4 years earlier. At the time of this evaluation the hematologic studies included a hemoglobin of 14.6 grams and a hematocrit of 43.9, both within normal limits.

On October 5, 2007 Mr. Johnson was seen at the VA Medical Center Primary Care Center. He was seen by a medical resident (Comfort Onyiah) and attending physician (Nada Kiwan). His chief complaint at this time was of bilateral knee pain, and numbness below the knees occuring when he woke up and intermittently during the course of the day. It was unclear at this time whether the cause for these symptoms was vascular or neurologic in etiology. As part of the initial workup a heme profile was obtained. The test results included hemoglobin of 10.8 grams and hematocrit of 32%, a drop of nearly 25% from the previous results of 19 months earlier. Dr. Kiwan ordered an electromyelogram (EMG) and serum B12 and folate levels, believing that nutritional depletion could possibly explain the trophic changes occurring in the lower extremities.

His next visit to the Veterans Administration Center was at 1900 hours on October 9th. At this time he was seen by Dr. Ethyl Weld a medical resident working with Dr. John Flanagan, the Emergency Department Attending physician. He presented with a 4 day history of left back pain, acute in onset and 10/10 in intensity and associated with a 1 day history of vomiting. It was noted that he had vomited 5 times and that the emesis had been non bloody, non bilious and accompanied by dull mid epigastric and lower abdominal pain. He had not eaten since the previous night. He denied fever, chest pain, shortness of breath, palpitations, diarrhea, dark urine, hematuria, dysuria or any trauma. He noted that about 1 week earlier he had an episode of melena in his stool.

On physical examination the abdomen was soft with diffuse mild tenderness and normal bowel sounds. The rectal examination was heme positive, indicative of bleeding into the gastrointestinal tract. The blood profile once again demonstrated anemia with the hemoglobin now only 10.2 grams. A "stone survey" protocol was ordered (CT imaging of the abdomen and pelvis without the use of either oral or intravenous contrast and looking for the calcium in a kidney stone). Dr. Allan Weksberg, VA radiologist noted that there was no evidence of hydronephrosis or renal calculi, and there was severe

emphysematous and bullous changes in both lungs and the presence of an aortobifemoral bypass graft. It was felt that the probable cause of the patients symptoms were secondary to gastritis and he was sent home with Tylenol and Omeprazole and with a recommendation that the GI bleed workup be performed on an outpatient basis.

Mr. Johnson was then brought by ambulance later that day to the Emergency Department of the Johns Hopkins Hospital. He was playing chess with friends when he had an episode of lightheadedness. He lost consciousness and awoke to find Emergency Medical Services (EMS) at his side. He was vomiting blood and initially the rescue team was unable to attain a blood pressure. Then he had an episode of hematemesis, was stabilized and was transferred to Johns Hopkins Hospital.

The history obtained at JHH was of a 2 week history of crampy abdominal pain in a waistband distribution. The pain was nonradiating, and alleviated by lying on his side and exacerbated by sitting up. The pain had begun as a non radiating sharp left lower back pain which had begun a week prior to this admission.

On arrival his blood pressure was 90/50. He was resuscitated with 2 liters of normal saline which brought his blood pressure up to 115/92. He continued to have hematemesis and could not maintain his blood pressure despite the administration of fluids and the infusion of packed red blood cells. He was transferred to the medical intensive care unit with a blood pressure of 50/30. The airway was not secure and using rapid sequence induction he was successfully intubated. Immediate treatment included the infusion of Octreotide 50 ug bolus followed by a drip at 50 ug/hr, 4 units of fresh frozen plasma and broad spectrum antibiotics. CT imaging showed that at the junction of the superior aspect of the graft in the native aorta there was evidence of focal extravasation of contrast material with high density soft tissue surrounding the graft in this region, compatible with hematoma and active extravasation. It was reported that on image number 83/133 there was linear high density material seen in the third portion of the duodenum, compatible with blood and highly suspicious for an aorto-enteric fistula. He continued to drop his blood pressure and have continued hematemesis. He subsequently went into ventricular fibrillation arrest for which advanced cardiac life support was immediately begun. Despite resuscitative efforts the patient developed asystole and expired at 135 hours on October 11, 2007.

Autopsy was performed at the Johns Hopkins Hospital. It revealed a small dehiscence at the superior portion of the aortic graft. The suture in this area was intact but loose, allowing extravasation of blood into the anterior peri-aortic soft tissue and causing a large hematoma. The third portion of the duodenum directly overlay the area which was remarkable for multiple mural defects the largest of which measured approximately 3.5 cm. Approximately 800 cc of blood was in the stomach with multiple large clots seen in the small and large intestines.

## Discussion

The contention in this case presentation involves what impact a delay in making the diagnosis of a secondary aortoenteric fistula (SAEF) has on the probability of survival. This reviewer will accept as a given that there were several breaches in the standard of care. From the perspective of an Emergency Physician when a patient with a history of endovascular repair presents with low back and abdominal pain the diagnosis is a breakdown of the repair until proven otherwise. A review of the laboratory data demonstrates, contrary to the ED notes from the Baltimore Veterans Administration Hospital that the hemoglobin and hematocrit were not stable. The hemoglobin had in fact dropped 4 grams, from 14 grams to 10 grams. This represents a drop of nearly 25% of the total intravascular red blood cell carrying capacity, with the anemia secondary to gastrointestinal blood loss. The finding of melena coupled with anemia and pain should have alerted the ED physicians to the potential of a aortoenteric fistula. Indeed in nearly 75% of patients with AEF there is an initial "herald" bleed which occurs prior to the catastrophic loss of blood through the fistulous process. This herald bleed marks the leakage from the fistula site prior to the rupture. Furthermore a stone survey was performed with CT of the abdomen and pelvis obtained using no contras enhancement. Given a normal urinalysis, a normal CT with no evidence of renal calculi or any abnormality of the urogenital collection system, persistent pain and nausea with vomiting mandated that further attention needed to be directed towards determining the cause of the pain. The patient was discharged inappropriately from the VA Medical Center in Baltimore with an unexplained diagnosis of abdominal and back pain.

Of note the mean interval between placement of an original aortic graft and treatment of a secondary aortoenteric fistula in most series is 6.1 years. The time sequence in this clinical presentation is most consistent with the historical presentations in the literature.

Therefore attention must be directed towards addressing the issue of what impact this delay in the diagnosis of an aortoenteric fistula may have made? In patients with aortoenteric fistula prompt diagnosis and expedient surgical repair is essential for survival. A direct communicating fistula between the proximal portion of the aortic graft and the 3rd or 4th portion of the duodenum is the classical presentation for a secondary aortoenteric fistula. This part of the duodenum is located in the retroperitoneal region and comes into direct contact with the abdominal aorta.

Secondary aortoenteric fistulas are classified according to their anatomical and pathophysiological characteristics:
Ia – (direct fistula) – fistula directly to the suture line
Ib – (indirect fistula) – fistula to a false aneurysm
II – (para prosthetic) – erosion of the intestinal wall by the prosthesis itself. (associated defect is between the bowel and the perigraft soft tissue)

In such regard this clinical presentation was determined by the pathologists at Johns Hopkins to be a mixed SAEF defect. The primary defect included the hematoma in the perigraft soft tissue connected directly to the third portion of the duodenum. However, direct extravasation of blood from the proximal suture line could not be ruled out.

There are two possible causes for the erosion of the aortic graft into the bowel. There must be close contact between the reconstruction and a part of the bowel with the prime cause being pressure and bowel erosion from an anastomotic aneurysm, the anastomotic suture line or the graft itself. One cause may be mechanical erosion of prosthetic material into adjacent bowel which may be facilitated by a lack of interposed retroperitoneal tissue. Another cause may be indolent underlying graft infection such as a low grade biofilm infection with Staphylococcus epidermidis which may promote inflammatory adherence and erosion of the adjacent bowel. In this case presentation the repair had been performed using a polytetrafluoroethylene (PTFE) conduit.

Optimal management would consist of an early diagnosis before the occurrence of major bleeding, prompt bleeding controlled by expeditious control of the proximal aorta, closure of the enteric fistula without spillage of the bowel contents, a durable reconstruction, and the prevention of postoperative complications, particularly graft infection. Indeed with a timely diagnosis all of these effects can be effectively achieved.

If there is suspicion of an aortoenteric fistula then perioperative management requires the initiation of broad spectrum antibiotics to include the coverage of enteric flora. This would include the use of vancomycin and an aminoglycoside such as gentamycin or a flurocquinolone such as levoquin. Definitive treatment would then consist of complete prosthetic graft excision through a transabdominal approach, coupled with debridement of infected or inflamed perigraft tissues. Urgent surgery was the only appropriate treatment option for aortenteric fistula before endovascular stent placement procedures became possible. Endovascular stent placement can also be used as a temporary measure before definitive surgery is performed, especially in patients who cannot tolerate emergent surgery. In many centers subsequent treatment consists of an axillo-femoral bypass graft. At a tertiary surgical center such as Johns Hopkins a spectrum of alternative surgical procedures were available if the patient had been properly diagnosed and transferred in a timely fashion.

Recent data show that there is an approximately 20% early and 25% later mortality related to AEF management. Therefore the long term survival for patients who get proper surgical management for AEF is approximately 55%- 60% at 5 years. In older series the operative mortality approached 40%. Factors associated with early death included shock at presentation, preoperative blood transfusion for anemia, and the need for aortic clamp placement above the renal arteries during AEF repair.

Use of high quality CT scanning with oral and intravenous contrast has nearly a 95% sensitivity for detecting aortoenteric fistula. Most commonly the cardinal CT finding will be air around the graft. Perigraft contrast medium extravasation is a sign of aortoenteric

fistula, but in patients with a slow bleeding rate this finding cannot be detected by conventional CT.

What would be expected if the proper diagnosis had been made at the time of presentation to the Emergency Department of the Baltimore VA Medical Center on October 9th? A high index of suspicion along with a good history and physical exam is critical for making a successful diagnosis. Surgical exploration is warranted with continued bleeding and a high index of suspicion even if CT scan is not diagnostic.

a. CT with IV and oral contrast of the abdomen and pelvis would have been performed. The patient would not have been sent home. The diagnosis of air around the graft would have been noted.
b. Referral to a tertiary care center such as the University of Maryland or Johns Hopkins Hospital would have been mandated
c. There would have been the risk of an approximately 20% perioperative mortality.
d. There would have been the risk of an approximately 20% long term mortality with associated limb loss and aortic stump disruption.

Given the advances in both radiographic diagnosis and surgical intervention the appropriate diagnostic workup of a patient with abdominal pain due to a secondary aortoenteric fistula leads to a greater than not (more than 50%) probability of long term survival. I hold the above medical opinion to a reasonable degree of medical certainty.

Sincerely,

Gary B. Witman, MD

6

Gary B. Witman, M.D.
64 Hazard Ave.
Providence, RI 02906
Tel. (401) 454-1800
Cell (917) 696-1099
Fax (401) 521-3315
Email gary.witman@mimcorp.org

August 12, 2011.

Michael Smith,
Attorney At Law
Salsbury, Clements, Bekman
300 W. Pratt St.
Suite 450
Baltimore, MD 21201

Re: Maurice Johnson

Dear Mr. Smith,

I have been asked specific questions regarding my professional services, fee structure and medical legal work over the past four years.

All medical legal services are billed at the same professional rate. My hourly fee structure is $375 per hour for all services rendered. This includes the costs associated with review of records, preparation of reports, and appearance at court as required. This fee structure has not changed over the past four years. At the time that I prepared a report for your firm in 2008, I was billing at the same rate.

I am not at the present time able to provide you with a list of all those cases during the past four years in which I have testified either at deposition or at trial. I believe I have appeared in a trial setting only on one occasion in the past four years. If requested to do so under sworn oath. I shall provide you with the best response I can.

Less than 20% of my professional time is involved in medical legal matters.

Sincerely,

Gary B Witman M.D.