IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAYE M. GOODIE, *et al.*, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil No. RDB-10-3478 |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
| Defendant. | * |

**********

### DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Identification | Admitted | Document Description |
|---|---|---|---|
| 1 | | | VA Medical Record, progress note by RN Karen Hall dated 10/9/07 at 3:50pm (D0055-57) |
| 2 | | | VA Medical Record, progress note by Dr. Ethel Weld and Dr. John Flanigan dated 10/9/07 at 6:59pm (D0053-55) |
| 3 | | | VA Medical Record, radiology report by Dr. Allan Weksberg dated 10/9/07 at 7:57pm (D002-03) |
| 4 | | | CT scan images from 10/9/07 |
| 5 | | | VA Medical Record, lab reports dated 10/9/07 at 8:25pm (D004, D0011-12) |
| 6 | | | VA Medical Record, progress note by RN Audrey Pinnock dated 10/9/07 at 8:51pm (D0050-53) |
| 7 | | | VA Medical Record, GI consult request by Dr. Ethel Weld dated 10/9/07 at 9:35pm (D0032-33) |
| 8 | | | VA Medical Record, progress note by LCSW Deborah Anne Kollmann dated 10/11/07 at 3:40pm (D00049-50) |

| **Exhibit Number** | Identification | Admitted | Document Description |
|---|---|---|---|
| **9** | | | Declaration of John S. Flanigan, M.D. (Docket Entry No. 23, Exhibit 29) |
| **10** | | | VA Medical Record, vascular consult request entered by Dr. Comfort Onyiah dated 10/5/07 (D0033-34) |
| **11** | | | VA Medical Record, discharge summary dated 4/8/96 (D0029-31) |
| **12** | | | VA Medical Record, progress notes dated 2/14/97 (D00187) |
| **13** | | | VA Medical Record, progress notes dated 7/8/02 through 7/18/02 (D00105-186) |
| **14** | | | VA Medical Record, surgical notes dated 7/15/02 (D00202-209) |
| **15** | | | VA Medical Record, progress notes by Dr. Paul Roach dated 11/6/02 (D0092) |
| **16** | | | VA Medical Record, progress notes by Dr. Deborah Baker dated 11/27/02 (D0089-90) |
| **17** | | | VA Medical Record, progress notes by RN Tonia Kelly dated 1/31/06 at 6:56am (D0084-86) |
| **18** | | | VA Medical Record, progress notes by Dr. Douglas Sward dated 1/31/06 at 7:07am (D0082-84) |
| **19** | | | VA Medical Record, progress notes by Dr. Genene Saxton dated 1/31/06 at 8:00am (D0078-81) |
| **20** | | | CT images from 1/31/06 |
| **21** | | | VA Medical Record, progress notes by Dr. Sandra Marshall dated 2/3/06 (D0077-78) |
| **22** | | | VA Medical Record, progress notes by Deborah Anne Kollmann dated 9/13/07 (D0069-73) |

| Exhibit Number | Identification | Admitted | Document Description |
|---|---|---|---|
| 23 | | | VA Medical Record, progress notes by Dr. Larry Smyth dated 9/20/07 (D0063-68) |
| 24 | | | VA Medical Record, progress notes by Dr. Comfort Onyiah dated 10/5/07 (D0057-59) |
| 25 | | | VA Medical Record, all lab results for Maurice Johnson (D004-26) |
| 26 | | | Johns Hopkins Hospital Medical Records (D000374-483) |
| 27 | | | Contract Between VA and UMMC, dated 7/31/07 (D00329-373) |
| 28 | | | Interrogatory Responses of Faye Goodie in her capacity as Personal Representative |
| 29 | | | Interrogatory Responses of Faye Goodie in her capacity as Plaintiff |
| 30 | | | Interrogatory Responses of Maurice Scott |
| 31 | | | Interrogatory Responses of Shelley Johnson |
| 32 | | | Interrogatory Responses of Tiffany Johnson |
| 33 | | | Deposition of Faye Goodie |
| 34 | | | Deposition of Dr. Ethel Weld |
| 35 | | | Deposition of Dr. Comfort Onyiah |
| 36 | | | Deposition of Dr. Shan Haider |
| 37 | | | Deposition of Dr. Lawrence Holder |
| 38 | | | Deposition of Dr. Paul Skudder |
| 39 | | | Deposition of Dr. Kenneth Larsen |
| 40 | | | Plaintiffs' Expert Report of Dr. Lawrence Holder |
| 41 | | | Plaintiffs' Expert Report of Dr. Paul Skudder |
| 42 | | | Plaintiffs' Expert Report of Dr. Kenneth Larsen |

| Exhibit Number | Identification | Admitted | Document Description |
|---|---|---|---|
| 43 | | | Plaintiffs' Expert Report of Dr. Gary Whitman |
| 44 | | | Defendant's Expert Report of Dr. Shan Haider |
| 45 | | | Curriculum Vitae of Dr. Shan Haider |
| 46 | | | Medical Literature, "Secondary Aortoduodenal Fistula" by Dr. Meng-Wei Chang (D00494-497) |
| 47 | | | Medical Literature, "Gastrointestinal bleeding after aortic surgery" by Dr. Theodore S. Pabst (D00524-529) |
| 48 | | | Medical Literature, "Aortic Graft Infections" by Dr. G. Patrick Claggett (D000530-535) |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 54 | | | |
| 55 | | | |
| 56 | | | |
| 57 | | | |
| 58 | | | |
| 59 | | | |
| 60 | | | |