IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FAYE M. GOODIE, individually and as Personal Representative of the Estate of MAURICE L. JOHNSON; MAURICE SCOTT; TIFFANY JOHNSON; and SHELLY JOHNSON | * * * | |
| Plaintiffs, | * | Civil Action No.: RDB-10-3478 |
| v. | * | |
| UNITED STATES OF AMERICA | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER AND JUDGMENT**

For the reasons stated in the foregoing Memorandum Opinion, it is this 28th day of August, 2013, ORDERED and ADJUDGED, that:

1. Judgment is ENTERED in favor of the Plaintiff Faye M. Goodie, as Personal Representative of the Estate of Maurice L. Johnson, and against the Defendant the United States of America, for the personal injury claim in Count I of the Plaintiffs' Complaint (ECF No. 1);

2. Judgment is ENTERED in favor of the Plaintiffs Faye M. Goodie, Maurice Scott, Tiffany Johnson, and Shelly Johnson, and against the Defendant the United States of America, for the wrongful death claims in Counts II, III, IV, and V of the Plaintiffs' Complaint;

3. On Count I, Faye M. Goodie, as personal representative of the Estate of Maurice L. Johnson, is AWARDED $75,000.00 for Mr. Johnson's pain and

suffering; $5,012.00 for funeral expenses; and $6,260.00 for the care provided to Mr. Johnson at Johns Hopkins Hospital;

4. On Count II, the Plaintiff Faye M. Goodie, as a surviving child of Mr. Johnson, is AWARDED $150,000.00;

5. On Count III, the Plaintiff Maurice Scott, as a surviving child of Mr. Johnson, is AWARDED $100,000.00;

6. On Count IV, the Plaintiff Tiffany Johnson, as a surviving child of Mr. Johnson, is AWARDED $5,000.00;

7. On Count V, the Plaintiff Shelly Johnson, as a surviving child of Mr. Johnson, is AWARDED $5,000.00;

8. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to the parties; and

9. The Clerk of the Court CLOSE THIS CASE.


                /s/
Richard D. Bennett
United States District Judge