IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FAYE M. GOODIE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil No. RDB-10-3478 |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## NOTICE OF APPEAL

Now comes the United States of America ("Defendant"), by and through its undersigned counsel, and hereby provides notice of its appeal to the United States Court of Appeals for the Fourth Circuit of this Court's Order entered on August 28, 2013, granting judgment in favor of Plaintiffs following trial, and all other previous Orders which were made final and appealable upon the entry of final judgment. See District Court Docket Entry Nos. 24, 25, 36, 44, 45.

    Respectfully submitted,

    Rod J. Rosenstein
    United States Attorney

    By:____/s/_____
    Jason D. Medinger
    Assistant United States Attorney
    36 South Charles Street
    Fourth Floor
    Baltimore, Maryland 21201
    (410) 209-4800