FILED: May 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2317
(1:10-cv-03478-RDB)

_____

FAYE M. GOODIE, Individually and as Personal Representative, of the Estate of Maurice L. Johnson; MAURICE SCOTT; TIFFANY JOHNSON; SHELLY JOHNSON

      Plaintiffs - Appellees

v.

UNITED STATES OF AMERICA

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk